EXHIBIT "A"

# COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

**ACORD®**

| DATE (MM/DD/YYYY) |
| --- |
| 5/11/2010 |

| AGENCY | CARRIER | NAIC CODE |
| --- | --- | --- |
| The Wickham Agency & Wickham<br><br>116 Margaret Ave.<br><br><br>Marietta        GA  30060 | **UNDERWRITER:**           **UNDERWRITER OFFICE:**<br>**POLICIES OR PROGRAM REQUESTED**      **POLICY NUMBER** | |

**CONTACT NAME:**

**PHONE (A/C, No, Ext):** (770) 424-8711

**FAX (A/C, No):** (770) 425-9479

**E-MAIL ADDRESS:**

| CODE: | SUB CODE: |
| --- | --- |

**AGENCY CUSTOMER ID:** 00004829

**INDICATE SECTIONS ATTACHED**

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | ACCOUNTS RECEIVABLE/ VALUABLE PAPERS | | ELECTRONIC DATA PROC | | TRUCKERS/MOTOR CARRIER |
| | BOILER & MACHINERY | | EQUIPMENT FLOATER | X | UMBRELLA |
| | BUSINESS AUTO | | GARAGE AND DEALERS | | VEHICLE SCHEDULE |
| X | COMMERCIAL GENERAL LIABILITY | | GLASS AND SIGN | | WORKERS COMPENSATION |
| | CRIME/MISCELLANEOUS CRIME | | INSTALLATION/BUILDERS RISK | | YACHT |
| | DEALERS | | OPEN CARGO | | |
| | DRIVER INFO SCHEDULE | | PROPERTY | | |
| | | | TRANSPORTATION/ MOTOR TRUCK CARGO | | |

## STATUS OF TRANSACTION           PACKAGE POLICY INFORMATION

| X | QUOTE | | ISSUE POLICY | | RENEW | ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES. |
| --- | --- | --- | --- | --- | --- | --- |

| | BOUND (Give Date and/or Attach Copy): | PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
| --- | --- | --- | --- | --- | --- | --- |
| CHANGE | DATE        TIME        AM | | | DIRECT BILL | | |
| CANCEL | PM | 5/11/2010 | 5/11/2011 | AGENCY BILL | PACKAGE POLICY PREMIUM: $ | |

## APPLICANT INFORMATION

| NAME (First Named Insured & Other Named Insureds) | MAILING ADDRESS INCL ZIP+4 (of First Named Insured) |
| --- | --- |
| Nutragenomics, LLC. | 2840 HOLCONMB BRIDGE RD.<br><br>G10<br><br>ALPHARETTA        GA  30062 |

| FEIN OR SOC SEC # (of First Named Insured): | PHONE (A/C, No, Ext): | |
| --- | --- | --- |

**E-MAIL ADDRESS(ES):**

**WEBSITE ADDRESS(ES):**

| | INDIVIDUAL | | CORPORATION | | SUBCHAPTER "S" CORPORATION | X | LLC | NO. OF MEMBERS AND MANAGERS ___ | CR BUREAU NAME: | DATE BUS STARTED |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PARTNERSHIP | | JOINT VENTURE | | NOT FOR PROFIT ORG | | | | ID NUMBER: | |

**INSPECTION CONTACT:** Tommy Malone           **ACCOUNTING RECORDS CONTACT:**

| PHONE (A/C, No, Ext): | E-MAIL ADDRESS: | PHONE (A/C, No, Ext): | E-MAIL ADDRESS: |
| --- | --- | --- | --- |

## PREMISES INFORMATION    |    ACORD 823 attached for additional premises

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | | 2480 HOLCOMB BRIDGE<br>ALPHARETTA GA | INSIDE<br>OUTSIDE | OWNER<br>X TENANT | | | | |
| 2 | | 3440 WARNER AVE<br>SANTA ANA CA | INSIDE<br>OUTSIDE | OWNER<br>X TENANT | | | | |
| | | | INSIDE<br>OUTSIDE | OWNER<br>TENANT | | | | |
| | | | INSIDE<br>OUTSIDE | OWNER<br>TENANT | | | | |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

Sell of natural health products to other companies (retail), not packaging or manufacturing products.

BOP/Package Eligibility:
· INELIGIBLE - Any operations that manufacture or formulate (including mixing or blending) any products; Any operations that repackage, label or re-label any products; Any operations currently engaged in the sale of products containing Ephedra; Any operations that do not obtain vendors coverage and certificates of insurance from all manufacturers of dietary supplements, products used for weight gain or loss, muscle enhancement, bodybuilding and athletic performance (e.g. natural and synthetic steroids); Weight Loss Centers

AGENCY CUSTOMER ID: 00004829

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES | Y/N |
|---|---|
| 1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY ? | N |
| 1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | N |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | N |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | N |
| 4. ANY CATASTROPHE EXPOSURE? | N |
| 5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | N |
| 6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR THREE (3) YEARS?  (Not applicable in MO) | N |
| 7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | N |
| 8. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN INDICTED FOR OR CONVICTED OF ANY DEGREE OF THE CRIME OF FRAUD, BRIBERY, ARSON OR ANY OTHER ARSON-RELATED CRIME IN CONNECTION WITH THIS OR ANY OTHER PROPERTY? (In RI, this question must be answered by any applicant for property insurance.  Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment). | N |
| 9. ANY UNCORRECTED FIRE CODE VIOLATIONS? | N |
| 10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST FIVE (5) YEARS? | N |
| 11. HAS BUSINESS BEEN PLACED IN A TRUST? IF "YES", NAME OF TRUST: | N |
| 12. ANY FOREIGN OPERATIONS, FOREIGN PRODUCTS DISTRIBUTED IN USA, OR US PRODUCTS SOLD/DISTRIBUTED IN FOREIGN COUNTRIES? (If "YES", attach ACORD 815 for Liability Exposure and/or ACORD 816 for Property Exposure) | N |

REMARKS/PROCESSING INSTRUCTIONS (Attach additional sheets if more space is required)

| | COPY OF THE NOTICE OF INFORMATION PRACTICES (PRIVACY) HAS BEEN GIVEN TO THE APPLICANT. (Not applicable in all states, consult your agent or broker for your state's requirements.) |
|---|---|

NOTICE OF INSURANCE INFORMATION PRACTICES - PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, FL, HI, MA, NE, OH, OK, OR, or VT; in DC, LA, ME, TN, VA and WA, insurance benefits may also be denied) IN FLORIDA, ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE.

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND REPRESENTS THAT REASONABLE ENQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE REPRESENTS THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

| PRODUCER'S SIGNATURE | PRODUCER'S NAME (Please Print) | NATIONAL PRODUCER NUMBER |
|---|---|---|
| *Qria Turner* | | |
| APPLICANT'S SIGNATURE | | DATE |

**AGENCY CUSTOMER ID:** 00004829

## PRIOR CARRIER INFORMATION

| LINE | CATEGORY | | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **COMMERCIAL GENERAL LIABILITY** | | CARRIER | | | | | | | | | | |
| | | POLICY NUMBER | | | | | | | | | | |
| | | POLICY TYPE | | | | | | | | | | |
| | | RETRO DATE | | | | | | | | | | |
| | | EFF-EXP DATE | | | | | | | | | | |
| | LIMITS | GENERAL AGGREGATE | | | | | | | | | | |
| | | PRODUCTS COMP OP AGGREGATE | | | | | | | | | | |
| | | PERSONAL & ADV INJ | | | | | | | | | | |
| | | EACH OCCURRENCE | | | | | | | | | | |
| | | FIRE DAMAGE | | | | | | | | | | |
| | | MEDICAL EXPENSE | | | | | | | | | | |
| | | BODILY INJURY OCCURRENCE | | | | | | | | | | |
| | | BODILY INJURY AGGREGATE | | | | | | | | | | |
| | | PROPERTY DAMAGE OCCURRENCE | | | | | | | | | | |
| | | PROPERTY DAMAGE AGGREGATE | | | | | | | | | | |
| | | COMBINED SINGLE LIMIT | | | | | | | | | | |
| | | MODIFICATION FACTOR | | | | | | | | | | |
| | | TOTAL PREMIUM | | | | | | | | | | |
| **AUTOMOBILE LIABILITY** | | CARRIER | | | | | | | | | | |
| | | POLICY NUMBER | | | | | | | | | | |
| | | POLICY TYPE | | | | | | | | | | |
| | | EFF-EXP DATE | | | | | | | | | | |
| | LIABILITY | COMBINED SINGLE LIMIT | | | | | | | | | | |
| | | BODILY INJURY EA PERSON | | | | | | | | | | |
| | | BODILY INJURY EA ACCIDENT | | | | | | | | | | |
| | | PROPERTY DAMAGE | | | | | | | | | | |
| | | MODIFICATION FACTOR | | | | | | | | | | |
| | | TOTAL PREMIUM | | | | | | | | | | |
| **PROPERTY** | | CARRIER | | | | | | | | | | |
| | | POLICY NUMBER | | | | | | | | | | |
| | | POLICY TYPE | | | | | | | | | | |
| | | EFF-EXP DATE | | | | | | | | | | |
| | | BUILDING AMT | | | | | | | | | | |
| | | PERS PROP AMT | | | | | | | | | | |
| | | MODIFICATION FACTOR | | | | | | | | | | |
| | | TOTAL PREMIUM | | | | | | | | | | |
| | | CARRIER | | | | | | | | | | |
| | | POLICY NUMBER | | | | | | | | | | |
| | | POLICY TYPE | | | | | | | | | | |
| | | EFF-EXP DATE | | | | | | | | | | |
| | | LIMIT | | | | | | | | | | |
| | | MODIFICATION FACTOR | | | | | | | | | | |
| | | TOTAL PREMIUM | | | | | | | | | | |

## LOSS HISTORY

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS (3 YEARS IN KS & NY)    [X] CHK HERE IF NONE    SEE ATTACHED LOSS SUMMARY

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS OPEN | CLSD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**REMARKS**     NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

**ATTACHMENTS**

| | STATE SUPPLEMENT(S) (If applicable) |
|---|---|
| | |

ACORD 125 (2007/07)                    Page 3 of 3

INS125 (200707)

# ACORD® COMMERCIAL GENERAL LIABILITY SECTION

| | |
|---|---|
| DATE (MM/DD/YYYY) | 5/10/2010 |

| AGENCY | PHONE (A/C, No, Ext): (770) 424-8711 | APPLICANT (First Named Insured) NUTRAGENOMICS, LLC. |
|---|---|---|

FAX (A/C, No): (770) 425-9479

The Wickham Agency & Wickham Financial
116 Margaret Ave.

Marietta        GA    30060

| EFFECTIVE DATE 5/11/2010 | EXPIRATION DATE 5/11/2011 | DIRECT BILL | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| | | AGENCY BILL | | |

CODE:                    SUB CODE:

FOR COMPANY USE ONLY

AGENCY CUSTOMER ID: 00004829

## COVERAGES

| | |
|---|---|
| X | COMMERCIAL GENERAL LIABILITY |
| | CLAIMS MADE  [X] OCCURRENCE |
| | OWNER'S & CONTRACTOR'S PROTECTIVE |

**DEDUCTIBLES**

| | |
|---|---|
| PROPERTY DAMAGE | $ |
| BODILY INJURY | $ |
| | $ |

PER CLAIM
PER OCCURRENCE

## LIMITS

| | | PREMIUMS |
|---|---|---|
| GENERAL AGGREGATE | $4,000,000 | PREMISES/OPERATIONS |
| PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $4,000,000 | |
| PERSONAL & ADVERTISING INJURY | $2,000,000 | |
| EACH OCCURRENCE | $2,000,000 | PRODUCTS |
| DAMAGE TO RENTED PREMISES (each occurrence) | $2,000,000 | |
| MEDICAL EXPENSE (Any one person) | $10,000 | OTHER |
| EMPLOYEE BENEFITS | $ | |
| | | TOTAL |

OTHER COVERAGES, RESTRICTIONS AND/OR ENDORSEMENTS (For hired/non-owned auto coverages attach the applicable state Business Auto Section, ACORD 137)

## SCHEDULE OF HAZARDS

| LOC # | HAZ # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | EXPOSURE | TERR | RATE PREM/OPS | RATE PRODUCTS | PREMIUM PREM/OPS | PREMIUM PRODUCTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | HEALTH PRODUCTS | | A) | | | | | | |
| 2 | | HEALTH PRODUCTS | | A) | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**RATING AND PREMIUM BASIS**
(S) GROSS SALES - PER $1,000/SALES
(P) PAYROLL - PER $1,000/PAY
(A) AREA - PER 1,000/SQ FT
(C) TOTAL COST - PER $1,000/COST
(M) ADMISSIONS - PER 1,000/ADM
(U) UNIT - PER UNIT
(T) OTHER

## CLAIMS MADE (Explain all "Yes" responses)

| EXPLAIN ALL "YES" RESPONSES | Y / N |
|---|---|
| 1. PROPOSED RETROACTIVE DATE: | |
| 2. ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COVERAGE | |
| 3. HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF-INSURED FROM ANY PREVIOUS COVERAGE? | N |
| 4. WAS TAIL COVERAGE PURCHASED UNDER ANY PREVIOUS POLICY? | N |

## EMPLOYEE BENEFITS LIABILITY

| | |
|---|---|
| 1. DEDUCTIBLE PER CLAIM: $ | 3. NUMBER OF EMPLOYEES COVERED BY EMPLOYEE BENEFITS PLANS: |
| 2. NUMBER OF EMPLOYEES: | 4. RETROACTIVE DATE: |

ACORD 126 (2007/05)                    Page 1 of 4        © ACORD CORPORATION 1993-2007. All rights reserved.
INS126 (200705)                The ACORD name and logo are registered marks of ACORD

**CONTRACTORS**

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | Y / N |
|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | N |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | N |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | N |
| 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | N |
| 5. ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | N |
| 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | N |

| DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUB-CONTRACTORS: | % OF WORK SUBCONTRACTED: | # FULL-TIME STAFF: | # PART-TIME STAFF: |
|---|---|---|---|---|
| | | | | |

**PRODUCTS/COMPLETED OPERATIONS**

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation)   PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC. | Y / N |
|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | N |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? (If "YES", attach ACORD 815) | N |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | N |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | N |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | N |
| 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | N |
| 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | N |
| 8. PRODUCTS UNDER LABEL OF OTHERS? | N |
| 9. VENDORS COVERAGE REQUIRED? | N |
| 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | N |

ACORD 126 (2007/05)                     ATTACH TO ACORD 125

INS126 (200705)

**ADDITIONAL INTEREST/CERTIFICATE RECIPIENT** ☐ **ACORD 45 attached for additional names**

| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER | |
|---|---|---|---|---|---|---|---|
| ☐ ADDITIONAL INSURED | | | | | | LOCATION: | BUILDING: |
| ☐ LOSS PAYEE | | | | | | VEHICLE: | BOAT: |
| ☐ MORTGAGEE | | | | | | SCHEDULED ITEM NUMBER: | |
| ☐ LIENHOLDER | | | | | | OTHER | |
| ☐ EMPLOYEE AS LESSOR | | | | | | | |
| | | ITEM DESCRIPTION: | | | | | |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | Y / N |
|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | N |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | N |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | N |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST FIVE (5) YEARS? | N |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | N |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | N |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | N |
| 8. IS A FEE CHARGED FOR PARKING? | N |
| 9. RECREATION FACILITIES PROVIDED? | N |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | N |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | N |
| 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | N |
| 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | N |
| 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | N |
| 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | N |
| 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | N |

ACORD 126 (2007/05)　　　　　Page 3 of 4
INS126 (200705)

**GENERAL INFORMATION (continued)**

| EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | Y / N |
|---|---|
| 17.  ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | N |
| 18.  HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE (3) YEARS? | N |
| 19.  IS THERE A FORMAL, WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | N |
| 20.  DOES THE BUSINESSES' PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | N |

**REMARKS**

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, FL, HI, MA, NE, OH, OK, OR or VT.   In DC, LA, ME, TN, VA and WA insurance benefits may also be denied).
IN FLORIDA, ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE.