EXHIBIT "B"

**IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA**

STATE OF WEST VIRGINIA ex rel.
DARRELL V. McGRAW, JR.,
Attorney General,

        Plaintiff/Petitioner,

v.
                                        CIVIL ACTION NO. 12-C-127
                                        JUDGE Spaulding

NUTRAGENOMICS MFG, LLC,
a Georgia limited liability corporation; and,
DREW GREEN, individually and as sole organizer
of Nutragenomics MFG, LLC, a Georgia limited liability corporation,

        Defendants/Respondents.

To the above-named Defendant:        **Marshall Rocks, Agent for Service**
                                       Nutragenomics MFG, LLC
                                       2910 Cole Court, Suite G
                                       Norcross, GA  30092

        IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon Matthew Stonestreet, Plaintiff's attorney, whose address is Post Office Box 1789, Charleston, West Virginia 25326-1789, an answer, including any related counterclaim you may have, to the complaint filed against you in the above-styled civil action, a true copy of which is herewith delivered to you.  You are required to serve your answer within thirty (30) days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action.

Dated   4-30-12

                                        Ronnie W. Matthews
                                        Clerk of Court

**IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA**

STATE OF WEST VIRGINIA ex rel.
DARRELL V. McGRAW, JR.,
Attorney General,

        Plaintiff/Petitioner,

v.                                        CIVIL ACTION NO. 12-C-127

                                        JUDGE Spaulding

NUTRAGENOMICS MFG, LLC,
a Georgia limited liability corporation; and,
DREW GREEN, individually and as sole organizer
of Nutragenomics MFG, LLC, a Georgia limited liability corporation,

        Defendants/Respondents.

To the above-named Defendant:      **DREW GREEN**
                                  **NUTRAGENOMICS MFG., LLC**
                                  2660 Holcomb Bridge Road, Suite 200
                                  Alpharetta, GA  30022

      IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon Matthew Stonestreet, Plaintiff's attorney, whose address is Post Office Box 1789, Charleston, West Virginia 25326-1789, an answer, including any related counterclaim you may have, to the complaint filed against you in the above-styled civil action, a true copy of which is herewith delivered to you.  You are required to serve your answer within thirty (30) days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action.

Dated 4·30·12

                                            Ronnie W. Matthews
                                            Clerk of Court   mts

**IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA**

STATE OF WEST VIRGINIA ex rel.
DARRELL V. McGRAW, JR.,
Attorney General,

        Plaintiff/Petitioner,

v.

                                      CIVIL ACTION NO. 12-C-127
                                      JUDGE Spaulding

NUTRAGENOMICS MFG, LLC,
a Georgia limited liability corporation; and,
DREW GREEN, individually and as sole organizer
of Nutragenomics MFG, LLC, a Georgia limited liability corporation,

        Defendants/Respondents.

To the above-named Defendant:      **DREW GREEN**
                                  8420 Riverbirch Drive
                                  Roswell, GA  30022

       IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon Matthew Stonestreet, Plaintiff's attorney, whose address is Post Office Box 1789, Charleston, West Virginia 25326-1789, an answer, including any related counterclaim you may have, to the complaint filed against you in the above-styled civil action, a true copy of which is herewith delivered to you.  You are required to serve your answer within thirty (30) days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action.

Dated _4·30·12_____

                                    Ronnie W. Matthews
                                    Clerk of Court    m/s

# CIVIL CASE INFORMATION STATEMENT
## CIVIL CASES

**In the Circuit Court, Putnam County, West Virginia**

**I. CASE STYLE:**

**Plaintiff(s)**

STATE OF WEST VIRGINIA ex rel.
DARRELL V. McGRAW, JR.,
ATTORNEY GENERAL

Case # 12-C-127

Judge Spaulding

**vs.**

| Defendant(s) | Days to Answer | Type of Service |
|---|---|---|
| **DREW GREEN**<br>**NUTRAGENOMICS MFG, LLC**<br>2660 Holcomb Bridge Road, Suite 200<br>Alpharetta, GA 30022 | 30 | Sec. of State |
| **DREW GREEN**<br>8420 Riverbirch Drive<br>Roswell, GA 30022 | 30 | Sec. of State |
| **MARSHALL ROCKS**<br>Agent for Service<br>2910 Cole Court, Suite G<br>Norcross, GA 30092 | 30 | Sec. of State |

Original and 3 copies of complaint furnished herewith.

(Continued On Next Page)

| PLAINTIFF:   STATE OF WEST VIRGINIA ex rel. DARRELL V. McGRAW, JR., ATTORNEY GENERAL<br>DEFENDANTS: NUTRAGENOMICS MFG, LLC and DREW GREEN | CASE NUMBER:<br><br>12-C-127 |
|---|---|

## II.  TYPE OF CASE:

| TORTS | OTHER   CIVIL |
|---|---|
|  |  |

| Asbestos | Adoption | Appeal from Magistrate Court |
|---|---|---|
| Professional Malpractice | Contract | Petition for Modification of Magistrate Sentence |
| Personal Injury | Real Property | X  Miscellaneous Civil |
| Product Liability | Mental Health | Other |
| Other Tort | Appeal of Administrative Agency |  |

## III.  JURY DEMAND:     Yes          No    X

CASE WILL BE READY FOR TRIAL BY *(MONTH/YEAR):*   N/A

## IV.  DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY OR AGE?

YES          NO     X

IF YES, PLEASE SPECIFY:

Wheelchair accessible hearing room and other facilities
Interpreter or other auxiliary aid for the hearing impaired
Reader or other auxiliary aid for the visually impaired
Spokesperson or other auxiliary aid for the speech impaired
Other:_____

*Attorney Name:* Matthew Stonestreet, Assistant Attorney General
(State Bar No. 11398)
*Firm:* State of West Virginia, Attorney General's Office
*Address:* Post Office Box 1789, Charleston, WV 25326-1789
*Telephone:* (304)558-8986

*Representing:*

X   *Plaintiff*          *Defendant*

*Cross-Complainant*          *Cross-Defendant*

*Dated:* April 30, 2012

*Signature*

**DARRELL V. McGRAW, JR.**
**ATTORNEY GENERAL**

PHYSICAL ADDRESS:
812 Quarrier St.
Charleston, WV  25301

MAILING ADDRESS:
P. O. Box 1789
Charleston, WV  25326-1789

E-Mail: consumer@wvago.gov
http://www.wvago.gov



**STATE OF WEST VIRGINIA**
**OFFICE OF THE ATTORNEY GENERAL**

Consumer Protection
and Antitrust Division
(304) 558-8986

Preneed Funeral Services
(304) 558-8986

Consumer Hotline
1-800-368-8808

FAX:  (304) 558-0184

April 30, 2012

Ronnie Matthews, Clerk
Putnam County Circuit Court
3389 Winfield Road
Winfield, WV 25213

> Re:   *State of West Virginia ex rel. Darrell V. McGraw, Jr. v.*
>       *Nutragenomics Mfg., LLC and Drew Green*
>       12-C-127

Dear Mr. Matthews:

Enclosed please find the **Complaint and Petition for Preliminary and Permanent Injunction** in reference to the above-styled case.  Kindly file same in accordance with normal procedures, and time-stamp the attached copies and **Summonses** for our files, and for service of process.

Thank you for your attention to this matter.

Very truly yours,

Matthew Stonestreet
Assistant Attorney General

MWS/ss

Enclosures

c:    Nutragenomics Mfg., LLC
      Drew Green
      Marshall Rocks

**IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA**

STATE OF WEST VIRGINIA ex rel.
DARRELL V. McGRAW, JR.,
Attorney General,

        Plaintiff/Petitioner,

v.

                                    CIVIL ACTION NO. 12-C-159
                                  JUDGE *Spaulding*

NUTRAGENOMICS MFG, LLC,
a Georgia limited liability company; and,
DREW GREEN, individually and as sole organizer
of Nutragenomics Mfg, LLC, a Georgia limited liability company,

        Defendants/Respondents.

---

**COMPLAINT AND PETITION
FOR PRELIMINARY AND PERMANENT INJUNCTION**

       This action is brought pursuant to the West Virginia Consumer Credit and Protection Act, West Virginia Code § 46A-1-101 *et seq.* (hereinafter the "WVCCPA")  Plaintiff/Petitioner, the State of West Virginia ex rel. Darrell V. McGraw, Jr., Attorney General (hereinafter the "State"), has reason to believe the above-named Defendants/respondents, Nutragenomics Mfg, LLC, a Georgia limited liability company, and Drew Green, individually and as sole organizer of Nutragenomics Mfg, LLC, (hereinafter collectively referred to as "Defendants") have each violated the WVCCPA.  The State brings this action to enjoin and restrain Defendants from engaging in unfair or deceptive acts or practices in their marketing, distribution, and sale of products and consumer goods.  The State seeks preliminary and permanent injunctive relief, investigative costs, consumer restitution, civil penalties, costs and attorneys' fees.

## THE PARTIES

1.     The State, by and through the Attorney General, is authorized to bring this action pursuant to the WVCCPA.  W. Va. Code § § 46A-7-108, -109, -110, -111.

2.     Nutragenomics Mfg, LLC, (hereinafter "Nutragenomics") is a Georgia limited liability company with its principal place of business at 2660 Holcomb Bridge Road, Suite 200, Alpharetta, Georgia, 30022.

3.     Drew Green is a resident of the State of Georgia, more specifically, 8420 Riverbirch Drive, Roswell, Georgia, 30076.

4.     Drew Green is listed as the sole organizer of Nutragenomics in the records of the office of the Georgia Secretary of State.

## JURISDICTION AND VENUE

5.     This Court has jurisdiction to hear this case and provide the requested relief pursuant to Article VIII, Section 6 of the West Virginia Constitution, and W. Va. Code § § 46A-7-114, 51-2-2 and 56-3-33.

## FACTS

**A.     Defendants Sell Harmful Chemicals Intended for Human Consumption.**

6.     Defendants market and sell chemicals that are used to create synthetic controlled substances that imitate the effects of marijuana, ecstasy (MDMA), cocaine, and methamphetamine.

7.     These synthetic drugs are sold on the market as "incense," "bath salts," "plant food," and other false labels.

8.     Each of these synthetic drugs are harmful to humans and may cause any number of lasting physical and psychological side effects. *See* Jason Jerry, M.D., Gregory Collins, M.D.,

2

& David Streem, M.D., *Synthetic legal intoxicating drugs: The emerging 'incense' and 'bath salt' phenomenon*, Cleveland Clinic Journal of Medicine, April 2012 at 258, a copy of which is attached hereto and incorporated by reference herein as Exhibit A.

9.    These synthetic drugs are illegal in West Virginia. W. Va. Code § 60A-4-401.

10.   Defendants represent that Nutragenomics is a manufacturer, distributor, and wholesaler of raw materials, herbs, fine chemicals, and research chemicals.

11.   Defendants sell harmful chemicals to the citizens of West Virginia through the internet.

12.   Defendants sell and market harmful chemicals to West Virginia consumers through listings appearing on the following websites: http://www.research-chemicalz.com, http://www.gongchang.com, http://www.sinoimex.com. *See* Nutragenomics's listings on these websites, copies of which are attached hereto and incorporated by reference herein as Exhibits B, C, and D, respectively.

13.   On the website, http://www.research-chemicalz.com, Defendants advertise and sell the following harmful chemicals: AM-1248; AM-2201; Pentylone (NRG3); and 5-IAI. Ex. B.

14.   The website http://www.gongchang.com advertises and sells the following harmful chemicals from Defendants: JWH-200; JWH-081; and JWH-018. Ex. C.

15.   The website http://www.sinoimex.com advertises and sells the following harmful chemicals from Defendants: JWH-250; and 5-MeO-DALT. Ex. D.

16.   The harmful chemicals sold by Defendants via the Nutragenomics's website and others can be purchased in the amounts of 1 gram, 5 grams, 10 grams, and by the kilogram (1 kilogram = 2.2 pounds). Ex. B.

17.     The Defendants sell 5-IAI at prices beginning at $27 per gram; Pentylone (NRG3) at prices beginning at $28.00 per gram; AM-2201 at prices beginning at $33 per gram; and AM-1248 at prices beginning at $35 per gram. Ex. B.

18.     The Defendants offer discounted pricing for orders in larger quantities. Ex. B.

19.     The Defendants advertise $10 million – $50 million in annual trade volume. Ex. B.

20.     AM-1248, AM-2201, Pentylone (NRG3), 5-IAI, JWH-250, 5-MeO-DACT, JWH-200, JWH-081, JWH-018 and Mephadrone are collectively referred to herein as "the harmful chemicals."

21.     Consumers who ordered chemicals from the foregoing websites received the harmful chemicals from Defendants.

22.     At least one consumer purchased the harmful chemicals directly from Defendants.

23.     Since at least January 2011, Defendants sold the following harmful chemicals to West Virginia consumers:  JWH-018, Mephadrone, and AM-2201.

24.     JWH-200, JWH-250, JWH-018, JWH-081 (commonly referred to as "JWH analogue" chemicals), and AM-1248, AM-2201 (commonly referred to "AM analogue" chemicals), are synthetic cannabinoids.

25.     These synthetic cannabinoids were sold by Defendants to be combined with other matter to create synthetic marijuana.

26.     Defendants provided consumers with instructions to combine the synthetic cannabinoids with common household substances such as acetone or alcohol so that the harmful chemicals would produce maximum potency and euphoria similar to marijuana when ingested.

27.     Defendants also sell and advertise some of these chemicals as "bath salts."

4

28.     Pentylone (NRG3), 5-IAI, 5-MeO-DALT, and Mephadrone are synthetic cathinones or derivatives that were sold by Defendants to consumers and referred to as "bath salts."

29.     Defendants instructed consumers that its synthetic cathinones or derivatives should be referred to as and labeled as "bath salts."

30.     Defendants shipped the harmful chemicals to West Virginia consumers via the United States Postal Service.

31.     Defendants' website, www.Research-Chemicalz.com, contains the following disclaimer:

> 1. The materials on Research-Chemicalz.com's web site [sic] are provided "as is". Research-Chemicalz.com makes no warranties, expressed or implied, and hereby disclaims and negates all other warranties, including without limitation, implied warranties or conditions of merchantability, fitness for a particular purpose, or non-infringement of intellectual property or other violation of rights. Further, Research-Chemicalz.com does not warrant or make any representations concerning the accuracy, likely results, or reliability of the use of the materials on its Internet web site [sic] or otherwise relating to such materials or on any sites linked to this site.

Ex. B.

32.     Defendants' company profile at www.sinoimex.com states "[W]e send our products to be tested for any illegal drugs and/or raw materials, guaranteeing you a safe alternative to preion drugs . . . ." Ex. D.

33.     Defendants' guarantee is false and misleading because the chemicals are, in fact, unlawful in West Virginia, W. Va. Code § 60A-4-401, and have been proven to be unsafe and harmful. Ex. A.

34.     Defendants' product description for JWH-250 and 5-MeO-DALT at

www.sinoimex.com states "All of our chemicals are 100% legal and we do not sell anything that is illegal." Ex. D.

35.     Defendants' product description is false and misleading because the chemicals are, in fact, unlawful in West Virginia.  W. Va. Code § 60A-4-401.

36.     Defendants' product description for JWH-250 and 5-MeO-DALT at www.sinoimex.com states "Our chemicals are . . . not intended for human consumption." Ex. D.

37.     The foregoing statement is misleading and misrepresents the Defendants' true aim, which is that the harmful chemicals they sell be ingested by humans.

**B.     Drew Green Is the Controlling Person of Nutragenomics.**

38.     Drew Green is the sole organizer of Nutragenomics and he has held this position since the company's inception.

39.     As sole organizer of Nutragenomics, Drew Green has managed and controlled the day-to-day business operations of Nutragenomics.

40.     Drew Green advertises that he is the managing partner of Nutragenomics on his LinkedIn® profile, http://www.linkedin.com/pub/drew-green.   A copy of Drew Green's LinkedIn® profile is attached hereto and incorporated by reference herein as Exhibit E.

41.     On his webpage, http://www.drewgreen.com, Drew Green represents that he personally researches and develops the harmful chemicals his companies sell. Ex. F.

42.     Drew Green has the authority and duty to set policies and practices for Nutragenomics, and knew of, approved of, participated in, sanctioned, and/or ratified the marketing, sales, and distribution practices of Nutragenomics.

43.     Drew Green sets the business and operational standards and policies of Nutragenomics, including marketing and advertising decisions, product ordering systems,

6

dissemination of products, and training of personnel. Drew Green knew of, approved of, participated in, sanctioned, and/or ratified the business practices of Nutragenomics.

44.     Drew Green is the controlling person of Nutragenomics and is liable for its actions.

**FIRST CAUSE OF ACTION**
**(Misrepresenting that the harmful chemicals it sells are safe and**
**omitting the fact they are harmful in violation of W. Va. Code § 46A-6-104)**

The State restates and realleges the allegations contained in paragraphs 1 through 44 as if each were set forth herein in their entirety.

45.     The West Virginia Code provides: "Unfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce are unlawful." W. Va. Code § 46A-6-104.

46.     "Unfair methods of competition and unfair or deceptive acts or practices" means and includes, but is not limited to:

> (M)     The act, use or employment by any person of any deception, fraud, false pretense, false promise or *misrepresentation*, or the concealment, suppression or *omission of any material fact* with the intent that others rely upon such concealment, suppression or omission, in connection with the sale or advertisement of any goods or services, whether or not any person has in fact been misled, deceived or damaged thereby.

W. Va. Code § 46A-6-102(7)(M).

47.     The Defendants misrepresent that the harmful chemicals they sell are safe when, in fact, they are not safe. Exs. A and D.

48.     The Defendants omit the fact that the chemicals they sell can cause "acute psychosis with delusions and hallucinations." Ex. A.

49.     The Defendants omit the fact that the chemicals they sell can cause seizures or

7

even death. Ex. A.

50.     Defendants' misrepresentations and omissions are unfair or deceptive acts or practices as defined by W. Va. Code § 46A-6-102(7)(M) and violate W. Va. Code § 46A-6-104.

## SECOND CAUSE OF ACTION
### (Misrepresenting harmful drugs are legal when they are illegal)

51.     The State restates and realleges the allegations contained in paragraphs 1 through 44 as if each were set forth herein in their entirety.

52.     "Unfair methods of competition and unfair or deceptive acts or practices" means and includes, but is not limited to:

> (M)     The act, use or employment by any person of any deception, fraud, false pretense, false promise or *misrepresentation*, or the concealment, suppression or omission of any material fact with the intent that others rely upon such concealment, suppression or omission, in connection with the sale or advertisement of any goods or services, whether or not any person has in fact been misled, deceived or damaged thereby.

W. Va. Code § 46A-6-102(7)(M).

53.     Defendants represent that the harmful chemicals they sell are legal.  Ex. D.

54.     Consumers are misled and believe the harmful chemicals are legal.

55.     Defendants' representation that the harmful chemicals are legal is false and misleading.

56.     Defendants omit and fail to disclose to consumers that the harmful chemicals they sell are unlawful in West Virginia.  W. Va. Code § 60A-4-401.

57.     Defendants intentionally represent that the harmful chemicals are not illegal.  Ex. D.

58.     Defendants' misrepresentations and omissions are unfair or deceptive acts or practices as defined by W. Va. Code § 46A-6-102(7)(M) and violate W. Va. Code § 46A-6-104.

8

## THIRD CAUSE OF ACTION
### (Engaging in conduct creating likelihood
### of confusion or of misunderstanding)

59.     The State restates and realleges the allegations contained in paragraphs 1 through 44 as if each were set forth herein in their entirety.

60.     "Unfair methods of competition and unfair or deceptive acts or practices" means and includes, but is not limited to: "Engaging in any other conduct which similarly creates a likelihood of confusion or of misunderstanding." W. Va. Code § 46A-6-102(7)(L).

61.     Defendants marketed and sold goods from various websites stating the harmful chemicals are "not for human consumption." Ex. D.

62.     Defendants provided consumers who purchased its harmful chemicals, both in small and bulk quantities, with instructions on how to treat the harmful chemicals so that they mimic the effects of marijuana when smoked, inhaled or otherwise ingested by humans.

63.     The Defendants' actions, disclaiming its products are used for human consumption, but providing the information necessary for the substance to be ingested for euphoric effect, create the likelihood of confusion or of misunderstanding and violate W. Va. Code § 46A-6-104, as defined by W. Va. Code § 46A-6-102(7)(L).

## FOURTH CAUSE OF ACTION
### (Representing that goods have ingredients,
### uses or benefits that they do not have)

64.     The State restates and realleges the allegations contained in paragraphs 1 through 44 as if each were set forth herein in their entirety.

65.     "Unfair methods of competition and unfair or deceptive acts or practices" means and includes, but is not limited to, any one or more of the following:

> (E)     Representing that goods or services have sponsorship, approval, characteristics, *ingredients, uses, benefits* or quantities

9

that they do not have . . . .

W. Va. Code § 46A-6-102(7)(E) (emphasis added).

66.    The Defendants claim that the harmful chemicals are "bath salts," when, in fact, they lack the ingredients, uses or benefits of bath salts.

67.    Instead, the "bath salts" are intended to be used as a drug to induce a feeling of euphoria in humans.

68.    The Defendants' representations are unfair or deceptive acts or practices as defined by W. Va. Code § 46A-6-102(7)(E) and violate W. Va. Code § 46A-6-104.

**FIFTH CAUSE OF ACTION**
**(Disclaiming Implied Warranties)**

69.    The State restates and realleges the allegations contained in paragraphs 1 through 44 as if each were set forth herein in their entirety.

70.    West Virginia Code § 46A-6-107 provides:

> Notwithstanding any other provision of law to the contrary with respect to goods which are the subject of or are intended to become the subject of a consumer transaction, no merchant shall:
>
> (1) *Exclude, modify* or otherwise *attempt to limit* any warranty, express or implied . . . .

W. Va. Code § 46A-6-107(1) (emphasis added).

71.    The Defendants exclude, modify or otherwise attempt to limit the implied warranty of merchantability by stating on their websites:

> 1. The materials on Research-Chemicalz.com's web site [sic] are provided "as is". Research-Chemicalz.com makes no warranties, expressed or implied, and hereby disclaims and negates all other warranties, including without limitation, implied warranties or conditions of merchantability, fitness for a particular purpose, or non-infringement of intellectual property or other violation of rights. Further, Research-Chemicalz.com does not warrant or make any representations concerning the accuracy, likely results,

10

or reliability of the use of the materials on its Internet web site [sic] or otherwise relating to such materials or on any sites linked to this site.

Ex. B.

72.     The Defendants' conduct violates W. Va. Code § 46A-6-107(1).

73.     The Defendants' violation of W. Va. Code § 46A-6-107(1) also constitutes an unfair or deceptive act or practice and violates W. Va. Code § 46A-6-104.

<strong>PRAYER</strong>

WHEREFORE, the State requests that the Court grant the following relief against the Defendants/respondents, Nutragenomics Mfg, LLC, and Drew Green, individually and as the controlling person of Nutragenomics.

<strong>Temporary Relief</strong>

The State requests that this Court schedule a hearing as soon as possible on the State's Petition for Preliminary Injunction, and enter an order that:

A.     Temporarily restrains the Defendants/respondents from advertising or selling any of their harmful chemicals to West Virginia residents;

B.     Temporarily restrains the Defendants/respondents from representing or implying to consumers that their harmful chemicals are lawful in West Virginia or benign;

C.     Requires the Defendants/respondents to block all attempts to purchase their harmful chemicals by individuals who reside in West Virginia;

D.     Requires the Defendants/respondents to produce to the State documents sufficient to identify all of their customers in West Virginia, including their names, addresses and telephone numbers.

11

**Permanent Relief**

The State further requests that, upon a final hearing, this Court grant the following permanent relief:

      1.    An Order finding that Defendant/respondents have violated the West Virginia Consumer Credit and Protection Act, W. Va. Code § 46A-1-101 *et seq.*;

      2.    An Order finding that Drew Green is the controlling person of Nutragenomics and liable for Nutragenomics's actions, including but not limited to, sales of harmful chemicals to West Virginians, directly or indirectly.

      3.    An Order requiring the Defendants/respondents to provide all information to the State identifying each sale of harmful chemicals to West Virginia residents including their names, addresses, telephone numbers and the specific harmful chemical purchased, including the quantity and purchase price for each transaction from the date of the inception of Nutragenomics to the present;

      4.    An Order permanently enjoining the Defendants/respondents from marketing or advertising their harmful chemicals in West Virginia or chemicals of similar nature that are designed to produce euphoric feelings in humans;

      5.    An Order permanently enjoining the Defendants/respondents from advertising or selling any of their harmful chemicals to West Virginia residents;

      6.    An Order compelling the Defendants/respondents to pay restitution to all aggrieved West Virginia consumers in an amount equal to the amount paid to the Defendants/respondents;

7.      An Order compelling the Defendants/respondents to disgorge all profits obtained from sales of harmful chemicals to West Virginians;

8.      An Order requiring Defendants/respondents to pay the State of West Virginia, jointly and severally, a civil penalty of Five Thousand Dollars ($5,000.00) for each and every violation of the WVCCPA, pursuant to W. Va. Code § 46A-7-111(2);

9.      An Order requiring that the Defendants/respondents pay the costs of investigation, litigation, and administration of this matter as well as the State's attorneys' fees;

10.     Grant any other and further relief as this Court may find just and proper.

Respectfully submitted,

STATE OF WEST VIRGINIA ex rel.
DARRELL V. McGRAW, JR.,
Attorney General, Plaintiff

By Counsel

DOUGLAS DAVIS (WV #5502)
ASSISTANT ATTORNEY GENERAL
Consumer Protection Division
Post Office Box 1789
Charleston, West Virginia 25326-1789
Telephone:    304-558-8986
Facsimile:    304-558-0184

MATTHEW STONESTREET (WV #11398)
ASSISTANT ATTORNEY GENERAL
Consumer Protection Division
Post Office Box 1789
Charleston, West Virginia 25326-1789
Telephone:    304-558-8986
Facsimile:    304-558-0184

13

## VERIFICATION

STATE OF WEST VIRGINIA,
COUNTY OF KANAWHA, TO-WIT:

I, DOUGLAS DAVIS, Assistant Attorney General, being duly sworn, depose and say that I am the counsel of record for the Plaintiff/Petitioner in the foregoing Complaint and Petition for Preliminary and Permanent Injunction; that I am familiar with the contents of the Complaint and Petition for Preliminary and Permanent Injunction; and that the facts and allegations contained therein are true, except such as are therein stated upon information and belief, and that as to such allegations I believe them to be true.

DOUGLAS DAVIS (WV Bar #5502)
ASSISTANT ATTORNEY GENERAL
Consumer Protection / Antitrust Divisions

Taken, subscribed, and sworn to before me in the County and State aforesaid this 30th day of _April_, 2012.

My commission expires _August 5, 2021_.

NOTARY PUBLIC

EXHIBIT

*A*

## REVIEW

 **EDUCATIONAL OBJECTIVE:** Readers will recognize the signs and symptoms of abuse of synthetic legal intoxicating drugs

**JASON JERRY, MD**
Alcohol and Drug Recovery Center, Center for Behavioral Health, Department of Psychiatry and Psychology, Cleveland Clinic

**GREGORY COLLINS, MD**
Section Head, Alcohol and Drug Recovery Center, Center for Behavioral Health, Department of Psychiatry and Psychology, Cleveland Clinic

**DAVID STREEM, MD**
Alcohol and Drug Recovery Center, Center for Behavioral Health, Department of Psychiatry and Psychology, Cleveland Clinic

# Synthetic legal intoxicating drugs: The emerging 'incense' and 'bath salt' phenomenon

## ◼ ABSTRACT

Synthetic legal intoxicating drugs (SLIDs), such as those commonly contained in products sold over the counter as "bath salts" and "incense," have risen tremendously in popularity in the past few years. These drugs can have powerful adverse effects, including acute psychosis with delusions, hallucinations, and potentially dangerous, bizarre behavior.

## ◼ KEY POINTS

These products are sold under misleading names and deceptive labels to avoid regulation. Although several have recently been banned, many more are waiting to be brought to the market in a similar fashion.

"Incense" products often contain synthetic cannabinoids; scientific research into their potential long-term effects in humans has been very limited.

The potential for medical and psychiatric adverse events from synthetic cannabinoids may be heightened because of their full-agonist mechanism of action and because of the variable concentration and unregulated potency of these compounds in incense products.

Bath salt intoxication, when encountered in the emergency department, may present as a psychiatric disorder or as a range of medical problems including cardiovascular issues, seizures, and hyperthermia.

O VER THE PAST YEAR, it has been hard to avoid news reports involving people getting high on "bath salts" and "incense" (also known as "Spice" or "K2"). Addiction treatment professionals have been overwhelmed by questions regarding why one would want to "snort bath salts" or "smoke incense."

These substances are not what they appear to be. They are sold as bath salts and incense and are labeled "not for human consumption" simply to avoid regulation by the US Food and Drug Administration (FDA). In reality, they are powerful psychoactive drugs, with effects that mimic those of more commonly abused drugs such as amphetamines and marijuana. Until recently, they were legally available over the counter at quick-marts, head shops, and on the Internet. Because they are relatively new, they may not be detectable on routine urine drug screens, and users may be unaware of the specific chemicals contained in them.

These drugs, which we have collectively termed synthetic legal intoxicating drugs (SLIDs), are increasing dramatically in use.[1–3] A survey of youths at a rave party indicated that 21% had used one of them on at least one occasion.[4] The general impression held by the drug-using public is that SLIDs are relatively cheap, are not detected on standard urine drug screens, can produce a powerful high, and, until recently, were readily available through legitimate sources.

Physicians need to be aware of SLIDs in order to recognize and manage the intoxication syndromes associated with these substances when encountered in clinical practice, and in

doi:10.3949/ccjm.79a.11147

order to educate patients about their potential dangers.

## ■ SYNTHETIC CANNABINOIDS MARKETED AS INCENSE

Herbal incense products that could be smoked as an alternative to marijuana started appearing on the Internet in Europe in 2004. By 2008, when such products first appeared in the United States, their use in Europe was already widespread.

Initially, consumers were led to believe that such herbal smoking blends were safe, legal alternatives to marijuana, and that it was the proprietary blend of herbs that was responsible for the "natural" high. Spice, a specific brand name, was originally trademarked in England as incense and also as an herbal smoking product.[5]

Legal authorities, however, suspected that these herbal blends were adulterated with synthetic substances. In December 2008, the first such substance was found when Austrian authorities isolated a synthetic cannabinoid, JWH-018, from an herbal incense product.[6] By the end of 2009, five other synthetic cannabinoids—CP-47,497, HU-210, JWH-073, JWH-250, and JWH-398—had been isolated from various herbal incense samples around the world.[7]

The synthetic cannabinoids in herbal incense products are not derived from the hemp plant (Cannabis sativa), but are synthesized in laboratories and are formulated to interact with the endogenous cannabinoid receptors in the brain to produce psychoactive effects.

### Synthetic cannabinoids are full agonists; natural THC is only a partial agonist

Two types of cannabinoid receptors have been discovered in humans: CB1 and CB2. Both types are found in the central nervous system, and CB2 is also found extensively in the periphery. CB1 is the receptor responsible for the psychoactive effects of cannabinoids, including altered consciousness, euphoria, relaxation, perceptual disturbances, intensified sensory experiences, cognitive impairment, and increased reaction time.[6] The physiologic role of CB2 remains uncertain.

The major psychoactive cannabinoid in naturally occurring marijuana is delta-9-tetrahydrocannabinol (THC). The so-called classic cannabinoids, such as HU-210, are analogues of THC and are based on its chemical structure. The rest of the synthetic cannabinoids commonly found in incense products differ in chemical structure from naturally occurring cannabinoids such as THC, but have activity at the CB1 receptor and are thus psychoactive.

Of clinical relevance is that THC is only a partial agonist at the CB1 receptor, while all synthetic cannabinoids commonly found in incense products are full agonists at CB1.[7] This difference is important because partial agonists bind to receptors but stimulate them only partially and therefore exhibit a plateau effect in terms of dose vs clinical response. In contrast, full agonists have no ceiling on the dose-response relationship and therefore have a greater potential for overdose and severe toxic effects.

### Despite uncertainties, use is widespread

Most of the synthetic cannabinoids in herbal incense products were developed for research purposes, and there are almost no reliable scientific data on their effects in humans. Of additional concern is that no research has been conducted on their pyrolytic effects, ie, how these chemicals are transformed when they are burned, such as when consumers smoke them. Furthermore, herbal incense products often vary in their active substances and concentrations, so consumers really do not know what they are getting.

Despite the many uncertainties, the use of these products is widespread. Data submitted to the US Drug Enforcement Administration (DEA) from a major toxicology laboratory indicated that from July through November of 2010, 3,700 samples tested positive for either JWH-018 or JWH-073. This report also indicated that 30% to 35% of specimens submitted by juvenile probation departments were positive for synthetic cannabinoids.[8]

## ■ MEDICAL CONCERNS OVER SYNTHETIC CANNABINOIDS

Amid the mysteries surrounding synthetic cannabinoids, one thing is clear: users are in-

**Because these drugs are relatively new, they may not be detectable on routine urine drug screens**

**LEGAL INTOXICATING DRUGS**

TABLE 1

### Signs and symptoms of synthetic cannabinoid use

Agitation
Alteration of time perception
Anxiety
Dysphoria
Elevated blood pressure
Listlessness
Hallucinations
Nausea
Paranoia
Seizures
Tachycardia

**One thing is clear— users of synthetic cannabinoids are increasingly seeking medical attention**

creasingly seeking medical attention. In 2010, there were 2,906 calls to poison control centers across the United States pertaining to "synthetic marijuana"; in 2011 there were 6,959 calls, and in January 2012, 639 such calls had been placed.[9]

Some of the more common complaints related to the use of synthetic cannabinoids are listed in TABLE 1 and may be potentially serious.[1,10,11] The greater potency of synthetic cannabinoids and their full-agonist mechanism of action may be to blame for the relatively high number of complaints not typically associated with the use of marijuana.

The duration of the intoxicating effects of synthetic cannabinoids is generally longer than that of THC, but this seems to be variable. JWH-018, for instance, seems to have a shorter duration of action, at around 1 to 2 hours, while a longer, 5- to 6-hour intoxicating effect has been observed with CP-47,497.[7,12]

#### Serious adverse effects

Although the prevalence of serious adverse effects associated with the use of synthetic cannabinoids is not known, a number of serious complications have been recognized.

**Seizures.** One case of seizure has been reported in association with the use of synthetic cannabinoids, specifically JWH-018.[12] This case involved a previously healthy 48-year-old man who had ingested a powder that was sub-

sequently confirmed to be JWH-018, which he mixed with alcohol. Of further concern in this case is that this individual developed a refractory supraventricular tachycardia that required cardioversion on the first hospital day.

The authors speculated that the seizure may have been due to a dose-response mechanism that resulted in either the release of presynaptic excitatory neurotransmitters or the decreased release of inhibitory neurotransmitters. They further postulated that the supraventricular tachycardia could have been caused by one of two mechanisms previously reported in association with CB1 agonists: an increase in circulating catecholamines or heightened oxidative demands on the myocardium.[12]

**Psychosis.** The occurrence of psychotic symptoms such as hallucinations and paranoid delusions in association with synthetic cannabinoids is not surprising, given the well-documented link between marijuana use and psychosis.[13,14]

A case report of a 25-year-old patient with a 7-year history of recurrent psychosis that was initially triggered by cannabis use indicated that the use of 3 g of herbal incense on three occasions was associated with worsening of previous psychotic symptoms and the emergence of command and paranoid types of auditory hallucination.[10]

Semistructured interviews of 15 patients in a forensic rehabilitative service, all of whom had a history of psychotic illness, showed that 69% experienced symptoms consistent with psychotic relapse after smoking an herbal incense product containing JWH-018.[15]

It is possible that psychotic symptoms may be more prominent with synthetic cannabinoids than with natural marijuana because not only are synthetic cannabinoids more potent and work as full agonists, but, unlike marijuana, they do not contain cannabidiol, which is thought to have antipsychotic efficacy.[10,16] However, the risk of psychotic symptoms in association with synthetic cannabinoid usage in otherwise healthy people is unknown.

#### Regulation lags behind

Growing concern over the perceived dangers posed by synthetic cannabinoids has led to a ban on some of the more common ones contained in herbal incense preparations.

On March 1, 2011, the US DEA temporarily placed five synthetic cannabinoids (JWH-018, JWH-073, JWH-200, CP-47,497, and cannabicyclohexanol) under schedule 1 (banned substances).

Such a ban, however, may be futile because there are an estimated 100 synthetic cannabinoids that have yet to enter the market, and when one is banned, a new one is likely to be introduced immediately as a replacement.[8]

■ **SYNTHETIC STIMULANTS MARKETED AS BATH SALTS**

Like the herbal incense products, "bath salts" may likewise not be what they appear to be. They too may be labeled "not for human consumption" in an effort to bypass laws governing mind-altering substances.

Several pharmacologically active substances have been marketed as bath salts. Two of the more common ingredients are 3,4-methylenedioxypyrovalerone (MDPV) and 4-methylcathinone (mephedrone).

MDPV is a dopamine and norepinephrine reuptake inhibitor that acts as a powerful stimulant. It has no FDA-approved medical use, but it is an analogue of the stimulant pyrovalerone, which was once used to treat chronic fatigue.[17]

MDPV seems to be the most common substance found in bath salt products in the United States. A sample of this substance was first seized on the streets by German authorities in 2007. A study in Finland conducted from August 2009 to September 2010 estimated that 5.7% of all arrests for driving under the influence (DUI) unrelated to alcohol consumption involved MDPV intoxication.[17] In 2009, the National Forensic Laboratory Information System of the US DEA had seized only two samples of MDPV, but by 2010 that had increased to 161.[18]

Mephedrone is derived from phenethylamine and is closely related to cathinone, the active ingredient in the African khat plant (*Catha edulis*).[19] Khat has a history of abuse, and the chemical structure of cathinone and its derivatives is similar to that of amphetamine.

Mephedrone, a powerful stimulant, is suspected of working as a monoamine reuptake inhibitor, and it may also directly induce the presynaptic release of monoamines.[20] The net effect is an increase in serotonin, norepinephrine, and dopamine levels at neuronal synapses.

Mephedrone was first described in 1929 by chemist Saem de Burnaga Sanchez, and it remained an obscure research chemical for many years.[21] It was formally recognized as a drug of abuse in Europe in 2007, and by 2009 it was the sixth most frequently used such drug in Europe.[8,22]

Although MDPV and mephedrone are the most common psychoactive ingredients in bath salts, many other synthetic drugs have been found on the market.

**A temporary ban**

On September 7, 2011, the US government made it illegal to possess or sell any substance containing MDPV, mephedrone, or methylone. This temporary restriction was to remain in effect for 1 year to give the DEA time to collect data to support a move to permanently control these substances.[3]

Like synthetic cannabinoids, however, synthetic stimulants are very difficult to regulate because they are a large group of substances. As soon as one substance is outlawed, another synthetic stimulant will likely take its place.

■ **MEDICAL CONCERNS REGARDING SYNTHETIC STIMULANTS**

The medical and psychiatric sequelae that are associated with the use of bath salts have sent an increasing number of people to emergency rooms. The number of bath-salt-related calls to US poison control centers increased dramatically from 303 in 2010 to 4,720 by August 31, 2011. Most of these calls were related to tachycardia, agitation, hallucinations, extreme paranoia, delusions, and elevations in blood pressure.[3]

A report of 35 cases of people who had used bath salts and who had reported to Michigan emergency rooms between November 13, 2010, and March 31, 2011, indicated that agitation was present in 66%, tachycardia in 63%, delusions and hallucinations in 40%, seizure or tremor in 29%, hypertension in 23%, drowsiness in 23%, paranoia in 20%, and mydriasis in 20%; one patient was dead on arrival. Of the 34 patients who were alive on

**As soon as one substance is outlawed, another synthetic stimulant will likely take its place**

## LEGAL INTOXICATING DRUGS

TABLE 2

### Signs and symptoms of mephedrone use

Agitation

Aggression

Anxiety

Bruxism

Chest pain

Confusion

Diaphoresis

Headache

Hyperreflexia

Hypertension

Nausea and vomiting

Palpitations

Peripheral vasoconstriction

Paresthesia

Psychosis

Seizure

Tachycardia

**Mephedrone's effects seem to persist for more than 24 hours**

arrival, 17 (50%) were hospitalized, 15 were released, and 2 left against medical advice. In the patients in this study, 63% had injected the drug, 26% snorted it, and 11% ingested it orally.[2] Toxicology results obtained during an autopsy on the one person who died revealed a high level of MDPV, and the coroner ruled that MDPV toxicity was the primary cause of death.[2]

In some instances, more data are available on the presenting signs and symptoms of some of the specific substances contained in bath salts. For example, several studies reported the effects on those who specifically used mephedrone either alone or in combination with alcohol (TABLE 2).[23–27]

Though the pharmacokinetic properties of mephedrone are unknown, James et al[24] noted that an interesting feature is that its clinical effects seem to persist for more than 24 hours after the last exposure to the drug, which would not be expected based on the rapid elimination of other similar cathinones.

**Sympathomimetic toxicity.** Many of the symptoms listed in TABLE 2 are consistent with a sympathomimetic syndrome. In a case series reported by Regan et al,[26] most of the 57 patients exhibited cardiovascular findings consistent with sympathomimetic toxicity.

In the study by James et al,[24] one of the patients with chest pain had electrocardiographic changes consistent with acute myocardial infarction. Though it is not possible to conclude from a single case that mephedrone poses a risk of myocardial infarction, such a risk has been reported with khat.[28] More research is needed to determine whether mephedrone poses a risk of cardiac events when used by people with or without an underlying cardiac condition.

**Seizure** also seems to be a relatively common feature associated with mephedrone use in case series of emergency room presentations. The US Centers for Disease Control and Prevention[1] reported that of 35 patients who had used bath salts, 40% experienced seizures or "tremors." A recent case series[27] of 15 patients presenting to an emergency department after mephedrone use reported that 20% had experienced seizures. In the study by James et al,[24] four patients (3% of the total group) experienced seizures after using mephedrone. It should be noted that, aside from people presenting to emergency rooms, seizures are rarely reported in the wider population of mephedrone users.

**Psychotic symptoms** are also quite common in users of synthetic stimulants who present to emergency rooms, occurring, as previously stated, in 14% to 40% of cases.[2,24]

In a small case series, Penders and Gestring[29] pointed out some common features in three patients who had used MDPV and had presented with psychosis: sleep problems, inattention, vivid hallucinations of intruders, fearfulness, and inability to remember many of the events surrounding their drug use. The authors concluded that the psychotic syndrome present in their three patients was indicative of a short-term delirium rather than a substance-induced psychosis based on the presence of attention deficits and memory problems. The patients in this series responded well to brief hospitalization and antipsychotic medications.

As with seizure, extreme presentations

such as psychosis are infrequently mentioned except in people requiring treatment at a hospital. There are simply no data regarding the prevalence of psychotic symptoms in the larger group of all synthetic stimulant users.

## ■ SUSPECT SLID INTOXICATION IN 'PSYCHIATRIC' PATIENTS

Despite the temporary ban on the more common substances found in Spice and bath salts, it is premature for the medical community to breath a sigh of relief. Producers of these products are already likely bringing to market new ones containing similar but as yet nonbanned substances. Furthermore, such bans will do little to affect Internet commerce; rather than go to a head shop, consumers will order the products online.

Doctors in urgent care centers, emergency rooms, and on general medical floors should pay close attention to any patient without a known psychiatric history who is acting in a bizarre fashion. Most SLID-intoxicated patients will present with anxiety, agitation, and psychosis. Rather than assume that they are psychiatric patients, one should consider the possibility of SLID intoxication and pay close attention to the possible medical sequelae associated with SLID use, such as elevated blood pressure, tachycardia, and seizure.

Benzodiazepines, especially lorazepam (Ativan), have been the agents most commonly used to treat both agitation and seizures associated with SLID intoxication.

Antipsychotics should be used judiciously because of their propensity to lower the seizure threshold, and patients with synthetic stimulant toxicity are already at increased risk of seizure.

A psychiatric consult should be considered in the event of any suspected toxicity or for any patient whose behavior is difficult to manage.

Restraints may be needed in some circumstances when agitation cannot be controlled with benzodiazepines alone, to ensure safety for the patient as well as that of others in the emergency department.

Routine laboratory tests should be part of the workup of patients suspected of being under the influence of SLIDs. These include

### TABLE 3

### Abnormal test results with mephedrone use

Abnormal renal function

Acidosis

Elevated creatine kinase

Electrocardiographic abnormality

Leukocytosis

Transaminitis

a complete blood cell count, complete metabolic panel, and urine toxicology (TABLE 3).[23,25] A routine urine toxicology study will likely be negative, but either the patient or collateral information may give you a general idea of what the patient used, in which case the sample could be sent out for special tests for the more common substances found in herbal incense or bath salt products.

Electroencephalography may be indicated if there is any question as to whether the patient may have suffered a seizure. There should be a low threshold to order electrocardiography, especially in the case of synthetic stimulant intoxication.

Serial cardiac enzymes may be warranted if a patient with synthetic-stimulant intoxicated has chest pain.

Education, addiction treatment. Much is unknown about the risk of SLIDs, but given the adverse events reported in the literature, it seems likely that those with underlying cardiac or psychiatric issues may be at higher risk for the most serious drug-related consequences. With regard to synthetic stimulants, Winstock et al[20] recommend a harm-reduction approach involving educating patients about avoiding the development of tolerance, not engaging in polydrug use, not injecting, and paying special attention to remaining cool and well hydrated.

Experience shows that once SLID patients get through their acute crisis and are no longer psychotic, they tend to be forthright in divulging what they used to get high. At that point, consideration should be given to consulting an addiction treatment specialist for further evaluation of the patient's drug use history

**Most SLID-intoxicated patients present with anxiety, agitation, and psychosis**

## LEGAL INTOXICATING DRUGS

and for formulation of a treatment plan to help ensure that the patient doesn't return to using these drugs.

### ■ SLIDs POSE A REAL CHALLENGE

SLIDs present a real challenge to law enforcement, governments, the public, and the addiction treatment community. There is currently no way to routinely test for these substances. Furthermore, any tests that are developed or laws that are enacted will be easily evaded, as there are many more synthetic substances waiting in the wings to be released.

Don't be lulled into thinking that SLIDs are gone with the recent bans against some of the more common substances. More SLIDs

are coming, and more morbidity should be expected in medical settings.

Doctors in emergency departments and other settings need to be prepared for the agitated and often psychotic presentation of SLID-intoxicated patients and should be ready with benzodiazepines, restraints, and a calm and reassuring manner. And for patients who present with psychotic symptoms, medical staff should also be ready to consider involuntary short-term commitment to an inpatient psychiatric unit.

Once they recover, patients need to be educated about the dangers of substances such as SLIDs that, because of their novelty, may be perceived as less dangerous alternatives to traditional illicit drugs.

### ■ REFERENCES

1. Wehrman J. Fake marijuana spurs more than 4,500 calls to US poison centers. American Association of Poison Control Centers (AAPCC), May 12, 2011. http://www.aapcc.org/dnn/Portals/0/prrel/updatedk2-may112011.pdf. Accessed February 20, 2012.
2. Centers for Disease Control and Prevention. Emergency department visits after use of a drug sold as "bath salts"—Michigan, November 13, 2010–March 31, 2011. MMWR Morb Mortal Wkly Rep 2011; 60(19):624–627.
3. Canton L. Poison control centers applaud DEA's ban of bath salts. American Association of Poison Control Centers (AAPCC). September 8, 2011. http://www.vanderbilt.edu/root/vumc.php?site=poisoncenter&doc=36028. Accessed February 20, 2012.
4. Banta-Green C. "Club drug" use patterns and related behaviors in Seattle, King County. Survey data collected for STEPS (Stemming the Tide of Ecstasy through Prevention Strategies). Report to public health-Seattle, King County, Feb. 9, 2004.
5. Erowid EF, Erowid F. Spice & spin-offs: prohibition's high-tech cannabis substitutes. June 2009. http://www.erowid.org/chemicals/spice_product/spice_product_article1.shtml. Accessed February 20, 2012.
6. Cary P. Spice, K2 and the problem of synthetic cannabinoids. Drug Court Practitioner Fact Sheet 2010; 6:2–3.
7. European Monitoring Centre for Drugs and Drug Addiction. EMCDDA 2009 thematic paper—understanding the 'Spice' phenomenon. Luxembourg: Office for Official Publications of the European Communities, 2009.
8. Rannazzi T. The dangers of synthetic cannabinoids and stimulants. Testimony before the Senate Caucus on International Narcotics Control, United States Senate. April 6, 2011. http://www.justice.gov/dea/speeches/110412_testimony.pdf. Accessed February 20, 2012.
9. American Association of Poison Control Centers. Poison centers report calls about synthetic marijuana. www.AAPCC.org. Accessed February 22, 2012.
10. Müller H, Sperling W, Körhmann M, Huttner HB, Kornhuber J, Maler JM. The synthetic cannabinoid Spice as a trigger for an acute exacerbation of cannabis induced recurrent psychotic episodes. Schizophr Res 2010; 118:309–310.
11. Lapoint J, James LP, Moran CL, Nelson LS, Hoffman RS, Moran JH. Severe toxicity following synthetic cannabinoid ingestion. Clin Toxicol (Phila) 2011; 49:760–764.
12. Vardakou I, Pistos C, Spiliopoulou CH. Spice drugs as a new trend: mode of action, identification and legislation. Toxicol Lett 2010; 197:157–162.
13. Fergusson DM, Poulton R, Smith PF, Boden JM. Cannabis and psychosis. BMJ 2006; 332:172–175.
14. Moore TH, Zammit S, Lingford-Hughes A, et al. Cannabis use and risk of psychotic or affective mental health outcomes: a systematic review. Lancet 2007; 370:319–328.
15. Every-Palmer S. Synthetic cannabinoid JWH-018 and psychosis: an explorative study. Drug Alcohol Depend 2011; 117:152–157.
16. Huffman JW, Thompson AL, Wiley JL, Martin BR. Synthesis and pharmacology of 1-deoxy analogs of CP-47,497 and CP-55,940. Bioorg Med Chem 2008; 16:322–335.
17. Kriikku P, Wilhelm L, Schwarz O, Rintatalo J. New designer drug of abuse: 3,4-methylenedioxypyrovalerone (MDPV). Findings from apprehended drivers in Finland. Forensic Sci Int 2011; 210:195–200.
18. Drug Enforcement Administration. 3,4-Methylenedioxypyrovalerone (MDPV). (Street names: "bath salts," "Ivory Wave," "plant fertilizer," "Vanilla Sky," "Energy-1"). October 2011. www.deadiversion.usdoj.gov/drugs_concern/mdpv.pdf. Accessed February 20, 2012.
19. Kalix P. Cathinone, a natural amphetamine. Pharmacol Toxicol 1992; 70:77–86.
20. Winstock AR, Marsen J, Mitcheson L. What should be done about mephedrone? BMJ 2010; 340:c1605.
21. Saem de Burnaga Sanchez J. Sur un isomère de l' éphédrine. Bulletin de la Société Chimique de France 1929; 45:284–286.
22. Winstock A, Mitcheson L, Ramsey J, Davies S, Puchnarewicz M, Marsden J. Mephedrone: use, subjective effects and health risks. Addiction 2011; 106:1991–1996.
23. Winstock AR, Mitcheson LR, Deluca P, Davey Z, Corazza O, Schifano F. Mephedrone, new kid for the chop? Addiction 2011; 106:154–161.
24. James D, Adams RD, Spears R, et al; National Poisons Information Service. Clinical characteristics of mephedrone toxicity reported to the UK National Poisons Information Service. Emerg Med J 2011; 28:686–689.
25. Wood DM, Davies S, Puchnarewicz M, et al. Recreational use of 4-methylmethcathinone (4-MMC) with associated sympathomimetic toxicity. J Med Toxicol 2010; 6:327–330.
26. Regan L, Mitchelson M, Macdonald C. Mephedrone toxicity in a Scottish emergency department. Emerg Med J 2011; 28:1055–1058.
27. Wood DM, Greene SL, Dargan PI. Clinical pattern of toxicity associated with the novel synthetic cathinone mephedrone. Emerg Med J 2011; 28:280–282.
28. Al-Motarreb A, Briancon S, Al-Jaber N, et al. Khat chewing is a risk factor for acute myocardial infarction: a case-control study. Br J Clin Pharmacol 2005; 59:574–581.
29. Penders TM, Gestring R. Hallucinatory delirium following use of MDPV: "bath salts." Gen Hosp Psychiatry 2011; 33:525–526.

**ADDRESS:** Jason Jerry, MD, Center for Behavioral Health, P57, Cleveland Clinic, 9500 Euclid Avenue, Cleveland, OH 44195; jerryj@ccf.org.

Home

EXHIBIT
B

| Home | AM-2201 | Pentylone | AM-1248 | 5-IAI | Order Form |



Research-Chemicalz
Wholesale Prices

Research Chemicalz Products

| Chemicals (Click for more info) | 1 Gram | 5 Grams | 10 Grams |
|---|---|---|---|
| 5-IAI | *BUY 3 GRAMS GET 1 GRAM FREE* More Info $27.00 | Limited Supply | Limited Supply |
| Pentylone (NRG3) | *ON SALE* *BUY 3 GRAMS GET 1 GRAM FREE* More Info WAS $28.00 SALE PRICE $22.00 | Limited Supply | Limited Supply |
| | *TEMPORARILY OUT OF STOCK* *ON SALE* More Info WAS $33.00 | More Info $150.00 | More Info $250.00 *Ask about our Loyalty Customer Discount* |

Home



AM-2201

AM-1248

SALE PRICE $25.00

*TEMPORARILY OUT OF STOCK*
More Info
$35.00

More Info
$165.00

More Info
$300.00
*Ask about our
Loyalty Customer
Discount*

CONDITIONS OF USE
Please read the following carefully.
By using the website "Research-Chemicalz.com" and purchasing products on it, you must be 21 years of age or above,
you must also agree to abide by the following terms and conditions.

Terms and Conditions

- Customers buying any products from us are required to be 21 years of age or older.
- You confirm that you are the named purchaser and at least 21 years of age, and understand that you will be committing an offence if you provide false information to us.
- You confirm that you do not propose to supply the products to anyone you believe may be under 21 years of age.
- We reserve the right to refuse to sell our products to any person who we suspect may be under the age of 21.
- All sales are final, no refunds or returns
- Payment must be received in full before items are dispatched
- Products offered for sale by Research-Chemicalz.com are strictly for Research Purposes Only.
- Products offered for sale by Research-Chemicalz.com are strictly Not For use in any form of in vivo research
- We reserve the right to refuse to sell our products to any person who we suspect may misuse them.
- We may change or withdraw any part of Research-Chemicalz.com at any time without notice.
- We may also terminate this Agreement and immediately remove, cancel or suspend access to and use of Research-Chemicalz.com upon breach of any part of these Terms whatsoever.
- These Terms constitute the full agreement between you and Research-Chemicalz.com and may only be amended in writing.
- By purchasing, you agree that all details you provide to Research-Chemicalz.com for the purpose of ordering or purchasing products are correct and that you have sufficient funds to cover the cost of the goods or services ordered.
- Due to the nature of the internet there may be interruptions to services or website availability due to repairs,

Home

maintenance or the introduction of new services. We will naturally try to minimize these instances and strive to avoid any downtime.
- Research-Chemicalz.com may not be reproduced, duplicated, copied, sold, resold, or otherwise exploited for any commercial purpose without our express written permission.
- In the result of a waiver in respect to our terms we reserve the right to hold all terms relevant in the future.

**Liability:**
All persons who purchase any products from our website are responsible for their actions in the future.
By purchasing from Research-Chemicalz.com, You (The customer) are taking and accepting full liability for personal injury, damages, punitive damages, lost profit or revenues, that may result from any purchases made at Research-Chemicalz.com we can take no responsibility to this effect.
Unfortunately due to shipping restrictions, we do not ship outside of the United States. We cannot ship to the following U.S. States:

Illinois
Ohio

In addition, we cannot ship to any APO/FPO/DPO destination addresses and PO boxes.
If you are a legitimate researcher aged over 21 and are based in the United States then you can buy research chemicals

# Privacy Policy

Your privacy is very important to us. Accordingly, we have developed this Policy in order for you to understand how we collect, use, communicate and disclose and make use of personal information. The following outlines our privacy policy.

- Before or at the time of collecting personal information, we will identify the purposes for which information is being collected.
- We will collect and use of personal information solely with the objective of fulfilling those purposes specified by us and for other compatible purposes, unless we obtain the consent of the individual concerned or as required by law.
- We will only retain personal information as long as necessary for the fulfillment of those purposes.
- We will collect personal information by lawful and fair means and, where appropriate, with the knowledge or consent of the individual concerned.
- Personal data should be relevant to the purposes for which it is to be used, and, to the extent necessary for those purposes, should be accurate, complete, and up-to-date.
- We will protect personal information by reasonable security safeguards against loss or theft, as well as unauthorized access, disclosure, copying, use or modification.
- We will make readily available to customers information about our policies and practices relating to the management of personal information.

We are committed to conducting our business in accordance with these principles in order to ensure that the confidentiality of personal information is protected and maintained.

# 1. Terms

By accessing this web site, you are agreeing to be bound by these web site Terms and Conditions of Use, all applicable laws and regulations, and agree that you are responsible for compliance with any

Home

applicable local laws. If you do not agree with any of these terms, you are prohibited from using or accessing this site. The materials contained in this web site are protected by applicable copyright and trade mark law.

## 2. Use License

1. Permission is granted to temporarily download one copy of the materials (information or software) on Research-Chemicalz.com's web site for personal, non-commercial transitory viewing only. This is the grant of a license, not a transfer of title, and under this license you may not:
    1. modify or copy the materials;
    2. use the materials for any commercial purpose, or for any public display (commercial or non-commercial);
    3. attempt to decompile or reverse engineer any software contained on Research-Chemicalz.com's web site;
    4. remove any copyright or other proprietary notations from the materials; or
    5. transfer the materials to another person or "mirror" the materials on any other server.
2. This license shall automatically terminate if you violate any of these restrictions and may be terminated by Research-Chemicalz.com at any time. Upon terminating your viewing of these materials or upon the termination of this license, you must destroy any downloaded materials in your possession whether in electronic or printed format.

## 3. Disclaimer

1. The materials on Research-Chemicalz.com's web site are provided "as is". Research-Chemicalz.com makes no warranties, expressed or implied, and hereby disclaims and negates all other warranties, including without limitation, implied warranties or conditions of merchantability, fitness for a particular purpose, or non-infringement of intellectual property or other violation of rights. Further Research-Chemicalz.com does not warrant or make any representations concerning the accuracy, likely results, or reliability of the use of the materials on its Internet web site or otherwise relating to such materials or on any sites linked to this site.

## 4. Limitations

In no event shall Research-Chemicalz.com or its suppliers be liable for any damages (including without limitation, damages for loss of data or profit, or due to business interruption,) arising out of the use or inability to use the materials on Research-Chemicalz.com's Internet site, even if Research-Chemicalz.com or a Research-Chemicalz.com authorized representative has been notified orally or in writing of the possibility of such damage. Because some jurisdictions do not allow limitations on implied warranties, or limitations of liability for consequential or incidental damages, these limitations may not apply to you.

Home

## 5. Revisions and Errata

The materials appearing on Research-Chemicalz.com's web site could include technical, typographical, or photographic errors. Research-Chemicalz.com does not warrant that any of the materials on its web site are accurate, complete, or current. Research-Chemicalz.com may make changes to the materials contained on its web site at any time without notice. Research-Chemicalz.com does not, however, make any commitment to update the materials.

## 6. Links

Research-Chemicalz.com has not reviewed all of the sites linked to its Internet web site and is not responsible for the contents of any such linked site. The inclusion of any link does not imply endorsement by Research-Chemicalz.com of the site. Use of any such linked web site is at the user's own risk.

## 7. Site Terms of Use Modifications

Research-Chemicalz.com may revise these terms of use for its web site at any time without notice. By using this web site you are agreeing to be bound by the then current version of these Terms and Conditions of Use.

## 8. Governing Law

Any claim relating to Research-Chemicalz.com's web site shall be governed by the laws of the State of Rhode Island without regard to its conflict of law provisions.

**Contact us.**
**For further communications relating to Research-Chemicalz.com and this Privacy Policy, please contact our customer support team via email @ ResearchChemicalzdirectsales@gmail.com**

Copyright © 2012 Research-Chemicalz. All Rights Reserved.

# RESEARCH–CHEMICALZ.ORDER FORM *ALL FIELDS REQUIRED

Note: Once you submit your order form, you will receive an email from our sales department with instructions on how to process your payment. Once payment has been processed (Payments must be received before 3:00pm EST to have same day shipping.), your order will ship. Tracking numbers are provided on all shipments. If you experience any difficulties or have any questions, contact our customer service department via email at ResearchChemicalzDirectSales@gmail.com

Name *

First        Last

Address *

Street Address

Address Line 2

City                                                State / Province / Region

Postal / Zip Code                                  Country

Phone Number *

###     ###     ####

Email *

QUANTITY: *

PRODUCT *

PAYMENT OPTIONS *

SHIPPING OPTIONS *

HOW DID YOU HEAR ABOUT US? *

COMMENTS

RESEARCH-CHEMICALZ.ORDER FORM *ALL FIELDS REQUIRED

Submit



Contact Information - NUTRAGENOMICS MFG, LLC - Powered by GongChang.com

Welcome!  Join Free  |  Member Center  |  Company Center  |  Sign In          Quick Access ▾   中 站   Help

GongChang.com
Worldwide Factories          Home          Products          Buying Leads          Companies ▾

[Select Country/Region]   Search

Latest search keywords: rod set manufacturer   mineral waste manufacturer   p manufacturer   Inflatable combo units manufacturer   table legs sets manufacturer

Home  ›  Companies  ›  Chemicals Manufacturer  ›  Other Chemicals Manufacturer  ›  NUTRAGENOMICS MFG, LLC

## NUTRAGENOMICS MFG, LLC 收藏 0

› Home
› Company Profile
› Main Products
› Buying Leads
› Certificates
› Contact Information
› Map Label

  Online Message

  Manage Company

**Contact Information**                    NUTRAGENOMICS MFG, LLC > Contact Information

You can contact the company through the following ways

**NUTRAGENOMICS MFG, LLC**

Contact Name:  Mr. Green
Address:  2840 Holcomb Bridge Rd Suite-G11
Country/Region:  United States
Tel:  1-678-576-0102
Postcode:  30022
Website:  http://www.naturesuphoria.com
http://us103667002.en.gongchang.com

Recommended Companies

Bombay products                                3BON CO.,LTD
Surfactant, Disodium Laureth, Lauryl Dimethylamine.    powersupply, external hdd case, faxmodem

Intense Mobiles Co., Ltd                       Smederij Van Der Veer Wolvega B.v.
Car                                            Agriculture and forestry - machinery and equipment. Gardening

Henan Central Plains Commercial & Exploitation Co., Ltd   Newcon Optik
babyproducts  tableware, enviroment. bathroomproducts    night vision, binoculars, laser rnagefinders. aimers

Hangzhou Yunguang Power Line Equipment Factory   Kylin Trade Co., Ltd.
Metal joint, hardware, power line fitting, electric line equipment.   Color changing product. 3D product, ceramic product  flashing

Hot Manufacturer: glass manufacturer, led manufacturer, tyre manufacturer, gas manufacturer, car manufacturer, shoe manufacturer,
pharmaceutical manufacturer, mdf manufacturer, email manufacturer, plywood manufacturer, poly propylene glycol manufacturer, gps
manufacturer, computer manufacturer, lda manufacturer, di propylene glycol manufacturer, mp3 manufacturer, propylene glycol
manufacturer, dining room furniture manufacturer, outdoor furniture manufacturer, bathroom furniture manufacturer   & Show All

Browse Alphabetically:  0-9  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z          Today's Companies  2010-02-26

About Us  |  Advertising Services  |  Products & Services  |  Friendly Links  |  Terms of Service  |  Privacy Policy  |  Help Center  |  Contact Us
Copyright©2009 - 2011 All Rights Reserved

Products - NUTRAGENOMICS MFG, LLC - Powered by GongChang.com

Welcome! | Join Free | Member Center | Company Center | Sign In          Quick Access ▾    中 站   Help   Language ▾ Tel: +86-400-869-2008

🐾 **GongChang**.com
Worldwide Factories          Home     Products    Buying Leads    **Companies**    国内 易

Latest search keywords: rod set manufacturer   mineral waste manufacturer   p manufacturer   inflatable combo units manufacturer   table legs sets manufacturer

Home  ›  Companies  ›  Chemicals Manufacturer  ›  Other Chemicals Manufacturer  ›  NUTRAGENOMICS MFG, LLC

## NUTRAGENOMICS MFG, LLC 🖁 +1   0

> Home
> Company Profile
> Main Products
> Buying Leads
> Certificates
> Contact Information
> Map Label

Online Message

Manage Company

**Main Products**                                    NUTRAGENOMICS MFG, LLC > Products

Research Chemicals(3)          Mood Enhancers(2)

          

JWH-200              JWH-081              JWH-018

[ 1 ]     Go to page [    ] [ ∞ ]

Recommended Companies

Taiwan Misaki Electronics Co., Ltd.              Kongsberg Maritime S.r.l.
Tact Switch, Detect Switch, Slide Switch, Phone Jack, Power      Signs and signalling panels and boards. Ship equipment.

zoe yap                                          Matrix Inc
Barges. Properties, Lands.                       Embroidery Machines, Embroidery Threads

Lianyungang Donghai Danube Wood Products Co., Ltd.      S.K TECH COREAL
Melamine mdf, Melamine chipboard, Melamine paper, paper      Nd yag laser  Elight, Beauty salon equipment  Fair and blond hai

Debaotrading Co.,Ltd                             King Mobil
JEWELRY
**Hot Manufacturer:** glass manufacturer, led manufacturer, tyre manufacturer, gas manufacturer, car manufacturer, shoe manufacturer, pharmaceutical manufacturer, mdf manufacturer, email manufacturer, plywood manufacturer, poly propylene glycol manufacturer, gps manufacturer, computer manufacturer, lda manufacturer, di propylene glycol manufacturer, mp3 manufacturer, propylene glycol manufacturer, dining room furniture manufacturer, outdoor furniture manufacturer, bathroom furniture manufacturer   ± Show All

Browse Alphabetically:  0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z        Today's Companies  2010-02-26

About Us  |  Advertising Services  |  Products & Services  |  Friendly Links  |  Terms of Service  |  Privacy Policy  |  Help Center  |  Contact Us

Copyright©2009 - 2011 All Rights Reserved

NUTRAGENOMICS MFG, LLC - sinoimex manufacturer and supplier directory -

 **SINOIMEX**
More trade data more trade

 PRIORITY

 EXHIBIT
**D**

Search

# NUTRAGENOMICS MFG, LLC

| Home | Company | Products | Buy Offers |

### Products

Healthcare Supplement  (1)
Other Chemicals  (2)

### Company Profile

**Company Info:** NUTRAGENOMICS
MFG, LLC

**Country:** United States of
America

**City:** Newport Beach

**Province/State:** California

Contact Supplier

Add to company favorites

## Company

With over 15 years of experience we offer exceptional customer service and top quality products. Specializing in research chemicals, exotic herbs, supplements, mood enhancers, sexual enhancers and energy enhancers. We only use the highest quality extracts and raw ingredients that are the most effective, with very little regard to cost so that the effects are absolutely incredible! We provide 3rd party testing on all of our products upon request and we send our products to be tested for any illegal drugs and/or raw materials, guaranteeing you a safe alternative to prelon drugs in herbal extraction form

### Basic Information

| | |
|---|---|
| *Company Name:* | NUTRAGENOMICS MFG, LLC |
| *Country/Region:* | United States of America |
| *Province/City:* | California / Newport Beach |
| *Address:* | 2840 Holcomb Bridge Rd Suite-G11 , Alpharetta, Georgia, United States Zip: 30022 |

### Business Information

| | |
|---|---|
| *Business Type:* | Manufacture,Organization |
| *Business Range:* | --- |
| *Number of Employees:* | 11 - 50 People |
| *Annual Trade Volume:* | US$10 Million - US$50 Million |

### Contact Information

| | |
|---|---|
| *Contact Person:* | Drew Green |
| *Province/State:* | California |
| *Zip:* | 92660 |
| *Telephone:* | 1-949-836-4013 |
| *Mobile Phone:* | --- |
| *Fax:* | 1 |
| *Website:* | http://www.researchchemicalz.com |

Follow Us+ | **f** facebook | twitter | Google+ | Linked in | 新浪微博 | 网易微博 | 腾讯微博 | 搜狐微博

Advertisement | Product Listing Policy | Intellectual Property Policy and Infringement Claims | Privacy Policy | Terms of Use

Copyright Notice © 2010-2012 sinoimex.com . All rights reserved.   ICP  08014772号-1.   值   可   B-2-4-20110129.
网站由中国国  易促   会提供政策支持  由中国国   易研究中  提供  据支持

JWH-250 , buy JWH-250 on sinoimex

Welcome to Sinoimex , Set Homepage | Add To Favorite

Join Free   Sign In   Buy   Sell   My Center   Community   Help

# SINOIMEX
### More trade data more trade

| Products | Suppliers | Buyers | China Importer |

| --Show All-- | Search Products | 🔍 Search |

Hot Search
zinc oxide ; zinc ; oxide zinc ; peroxide zinc ...

>> Home > Products > Chemicals > Other Chemicals

Production Info    **Company Info**

# JWH-250

Sorry
No Photo

| | |
|---|---|
| Origin : | United States |
| Trademark : | None. |
| Serial/Model NO : | None. |
| Standard : | None. |

| | |
|---|---|
| Packing : | None. |
| Price/Payment : | None. |
| Shipping : | None. |
| Minimum Order : | None. |

☆ Add to Product Favorites          Contact Supplier

## Product Details

| | | | |
|---|---|---|---|
| ● Website : | None. | ● Serial/Model NO. : | None. |
| ● Production Capacity : | None. | ● Export Markets : | None. |
| ● HS Code : | None. | | |

## Product Description

Nutragenomis LLC is a U.S. based company that provides the highest quality products and best customer service in the industry. We use only high end grade chemicals in all of our Research Chemicals. All of our chemicals are 100% legal and we do not sell anything that is illegal. Our chemicals are for research puposes only and are not intended for Human Consumption.

If you have any questions please feel free to contact us.

## Other products from this supplier

Sorry          Sorry          Sorry
No Photo       No Photo       No Photo

JWH-250        5-MeO-DALT     Serenity

Follow Us + | **facebook**  twitter  Google+  Linked in  新浪微博  网易微博  腾讯微博  搜狐微博

Advertisement | Product Listing Policy | Intellectual Property Policy and Infringement Claims | Privacy Policy | Terms of Use

5-MeO-DALT , buy 5-MeO-DALT on sinoimex

Welcome to Sinoimex | Set Homepage | Add To Favorite

Join Free  Sign In  Buy  Sell  My Center  Community  Help

# SINOIMEX®
More trade data more trade

| Products | Suppliers | Buyers | China Importer |

--Show All--   Search Products   Q Search   Hot Search :
zinc oxide, zinc oxide, zinc peroxide, zinc

>>Home > Products > Chemicals > Other Chemicals

**Product Info**     Company Info

## 5-MeO-DALT

Sorry
No Photo

Origin : United States
Trademark : None.
Serial/Model NO : None.
Standard : None.

Packing : None.
Price/Payment : None.
Shipping : None.
Minimum Order : None.

Add to Product Favorites          Contact Supplier

## Product Details

• Website : None.          • Serial/Model NO. : None.
• Production Capacity : None.     • Export Markets : None.
• HS Code : None.

## Product Description

5-MeO-DALT

The full name of the chemical is N--N-[2-(5--1H--3-yl)].

All. Names: N,N-diallyl-5-methoxytryptamine , N-allyl-N-[2-(5-methoxy-1H-indol-3-yl)ethyl]prop-2-en-1-amine

Nutragenomis LLC is a U.S. based company that provides the highest quality products and best customer service in the industry. We use only high end grade chemicals in all of our Research Chemicals. All of our chemicals are 100% legal and we do not sell anything that is illegal. Our chemicals are for research puposes only and are not intended for Human Consumption.

If you have any questions please feel free to contact us.

### Other products from this supplier



Sorry          Sorry          Sorry
No Photo        No Photo        No Photo

JWH-250        5-MeO-DALT      Serenity

drew green | LinkedIn



Linked**in**.

## drew green

Nature Science CEO, CSO
Greater Atlanta Area    Health, Wellness and Fitness

As a LinkedIn member, you'll join 150 million other professionals who are sharing connections, ideas, and opportunities. And it's free! You'll also be able to:

- See who you and **drew green** know in common
- Get introduced to **drew green**
- Contact **drew green** directly

**View Full Profile**

### Join LinkedIn and access drew green's full profile.

### drew green's Overview

| | |
|---|---|
| Current | **President at The Pam Green Foundation, LLC**<br>**Chairman at Coalition For Cognitive Liberty, LLC.**<br>**Managing Member at Vixen Rivalry, LLC**<br>see all · |
| Past | President & CEO at Sci-Tech Manufacturing Inc<br>President, CEO at GSW Manufacturing, Inc<br>Flavoring chemist understudy at John Spordone<br>see all |
| Education | Clayton College of Natural<br>Brevard Community College 2 years, Clayton College of Natural<br>Beach High School |
| Connections | 216 connections |
| Websites | Company Website<br>Company Website<br>Personal Website |

### drew green's Experience

**President**
**The Pam Green Foundation, LLC**
October 2010 – Present (1 year 7 months)

A non profit organization that is set up as a 501C3 for non taxable deductions when supports make donations. Our Goal is to set up a website by a state by state basis that will list approved companies that provide adequate services for the mentally ill and alcohol/drug addicted individuals that do not have family support or money to get proper treatment for their diseases. We will also compile a list of pro-bono volunteers, social workers, psychiatrists, in care facilities, half way houses and treatment centers. These volunteers will be screened by The Pam Green Foundation before they will be allowed to utilize our network patients making sure they will get proper care. The Pam Green Foundation will also have certain criteria to give away scholarships on a case by case basis. Will will establish a 24 hour hot line so anyone can call and get help if suffering from these debilitating illnesses. Our eventual goal will be to fund research into to various research chemicals to find better treatments and medications for these individuals.

**Chairman**
**Coalition For Cognitive Liberty, LLC.**
September 2010 – Present (1 year 8 months)

Drug Policy Reform Coalition and an activist organization for The New Thought Movement

**Managing Member**
**Vixen Rivalry, LLC**
September 2010 – Present (1 year 8 months)

A social network site that promotes and manages models and exotic dancers through competitions by online voting. We have created a talent agency and a way to get the customers involved and more active with their favorite dancers and/or models.

**CEO, CSO**
**Nature's Uphoria, LLC.**

http://www.linkedin.com/pub/drew-green/24/421/a2b[4/27/2012 1:37:59 PM]

### Name Search:

Search for people you know from over 150 million professionals already on LinkedIn.

Example: drew green

**Viewers of this profile also viewed...**

**Nestor Jimenez**
Chemical Engineer

**Ed Schmal**
Owner/Operator at AdvantaClean

**Joan Herbig**

**Robert Kelley**
Senior Consultant at Xcaliber...

**Tommy Malone**
President at Nature's Uphoria, LLC

**Find a different drew green:**

**Andrew Green, Senior Account Manager at ARD Technologies**
London, United Kingdom

**Drew Green, --**
Greater Chicago Area

**Andrew Green, Director at Merchant Rose Ltd**
London, United Kingdom

**Andrew Green, --**
Tonbridge, United Kingdom

**Andrew Green, Senior Project Manager at Wickes**
Cleveland, United Kingdom

More professionals named drew green »



Linked**in**. Ads

Advertise your products and services on LinkedIn today.

Learn More



Need a Finance

drew green | LinkedIn

August 2009 – Present (2 years 9 months)
A all natural brand of product that increase sex drive for him and her! We also specialize in energy and mood enhancement products.

They are: Serenity, Serenity 4 Diva's, Alpha Male & Energize

**Managing Partner**
**Nutragenomics MFG**
January 2009 – Present (3 years 4 months)
We sell bulk chemicals to manufacturers. We also provide custom formulations on a contractual basis.

**CEO, CSO**
**Nature Science (Self-employed)**
Self-employed; 11-50 employees; Research industry
July 2008 – Present (3 years 10 months)
We are a cGMP compliant dietary supplement contract manufacturing company. We do R&D product development for comapnies and we manufacturer, license and sell patented and/or trade secret formula's/raw ingredients to marketing companies and other contract manufacturers.

**Founder, Managing Member**
**Nature Science R&D & Consulting Division**
Privately Held; 51-200 employees; Computer Software industry
July 2008 – Present (3 years 10 months)
Presently developing products for many companies and several manufacturers in the US. Helping them source raw materials and provide scientific support to substantiate the development of these products.

Perform cGMP consulting for 2 different manufacturing plants here in the US.

Sell raw materials and provide independent testing.

Developed several products that are being sold in Wal-Mart Nationally

Presently developing several products for other Mass Market Chains

**Nature Scientist**
**LLC. & NutraGenomics Mfg, LLC**
January 2008 – Present (4 years 4 months)
I founded both companies and I am the acting CEO, CSO.

**President & CEO**
**Sci-Tech Manufacturing Inc**
April 2005 – June 2008 (3 years 3 months)
Nutraceutical manufacturing business. Manufactured capsules, powders, liquids and creams in house and we outsourced the tableting operations. Our clients included many of the largest retailers & manufacturers in the U.S. such as Vitamin Shoppe Industries, Nutraceutical Corporation, and etc. We provided graphic design, label printing services and other marketing materials to our customers. We also sold commodities (raw materials) and helped market Chia seed world-wide. We sold over 600,000 lbs in both 2006 and 2007. Had a full time R&D Staff including Dr Hammer who is a Naturopath, Bio Chemist and an expert in Cosmetics.
Helped make Chia seed a global commodity
Developed both male enhancement and mood elevator products that worked drug free.
Developed products for Several Large companies across different industries.
Spearheaded a cGMP quality assurance program and completed it in 18 months.

**President, CEO**
**GSW Manufacturing, Inc**
January 2001 – January 2005 (4 years 1 month)
Nutraceutical manufacturing business. Manufactured powders, liquids and creams in house and we outsourced the capsule and tableting operations. We sold many of the largest retailers in the US such as Vitamin Shoppe Industries. We provided graphic design, label printing services and other marketing materials to our customers. Provided private label runs for small and large businesses.
Developed a 100% naturally sweetened protein powder w/o sugar and artificial sweeteners, Dyes and flavors that tasted incredible!
Developed a product line of over 60 products that included weight loss, muscle recovery, and wellness.

**Flavoring chemist understudy**
**John Spordone**
January 1998 – January 2001 (3 years 1 month)
Worked w/Contract Manufacturer as Product Developer & Technical Salesmen

**product development consultant**

drew green | LinkedIn

**Green's Natural Concepts, Inc**
January 1996 -- January 2001 (5 years 1 month)
I develop nutritional products for our own brands and for other companies when we private
label.

**President, CEO**
**Green's Natural Concepts, Inc**
January 1995 – January 2001 (6 years 1 month)
A personalized Sports Specific and Wellness Center that interfaced holistic methodology on
how to mediate performance, weights loss, rehabilitative services, exercise and Nutrition. We
provided custom programs based on individual testing of each person to determine Holistic
program. After we got the baseline testing we then re-tested the patients in 4-8 weeks. We
then adjusted the program based on those test results while modifying their exercise,
nutrition and supplemental protocols.


Trained and managed personnel, ran a doctor's office for all of the testing procedures,
developed my own line of nutrition products. Developed nutrition/diet programs for over 1,300
people in 6 years!
Created a Naturopathic Questionnaire with Dr Bob Burger that separated an individual's body
functions & systems based on a symptomatic questionnaire. Developed a rating system to
determine causes. From there we performed testing and created customized protocols to
reverse the conditions by natural medicine techniques. When we re-tested we confirmed the
protocol and/or changed the modality to improve responses.
Developed entire line of products for specific conditions such as high blood pressure, high
cholesterol, insulin resistance, asthma and a host of other conditions.


TRAINING Presently working with Dr Alex Hammer on several projects.
Understudy with Dr. Bob Burger. He was

**an apprentice**
**Natural Medicine**
January 1995 – January 1998 (2 years 1 month)
I was an understudy to Dr Jim Nero and learned how to understand symptomologies and
how the express themselves in the human body. I also learned how to reverse these
conditions through natural techniques, supplement protocols and various alternative
medicine therapies.

drew green's Skills & Expertise

Product Development        Business Strategy        cGmp Compliance

drew green's Education

**Clayton College of Natural**
Natural Medicine Doctor
2000 -- 2008
Medicine -Awarded a life experience Degree 2008

**Brevard Community College 2 years, Clayton College of Natural**
1992 -- 1994

**Beach High School**
1990 – 1992

drew green's Additional Information

| Websites: | • Company Website |
| | • Company Website |
| | • Personal Website |
| Interests: | Tennis, Working Out and Stock Market |
| Groups and Associations: | Member of the AMerican Herbal Products Association |
| | Offer Launch Media |

drew green | LinkedIn

Contact drew for.

- career opportunities
- new ventures
- expertise requests
- reference requests

- consulting offers
- job inquiries
- business deals
- getting back in touch

## View drew green's full profile to...

- See who you and **drew green** know in common
- Get introduced to **drew green**
- Contact **drew green** directly

**View Full Profile**

Not the drew green you were looking for? View more »

LinkedIn member directory · Browse members by country a b c d e f g h i j k l m n o p q r s t u v w x y z more

By using this site, you agree to LinkedIn's terms of use  Commercial use of this site without express authorization is prohibited.

LinkedIn Corporation © 2011     User Agreement     Privacy Policy     Copyright Policy

Drew Green is a Master Formulator & Product Developer of Dietary...                    http://drewgreen.com/index.html





## Welcome to DrewGreen.com

Drew Green has developed over 600 different nutraceuticals in the past 15 years. Drew knows how to combine the best of nature and science to achieve drug-like activity in the dietary supplements industry. He can create your product to accomplish the desired effect and help you target your chosen demographic.

Drew has combined his passion for natural medicine with a sharp mind for business to create Nature Science, LLC which researches, develops, validates and manufactures custom formulations on a contract basis. Natures Science, LLC has turnkey products readily available and in stock for your private label.

## Consulting & Education Services:

Drew is available for consultation on a variety of projects. Drew brings experience and new perspectives for product development, product improvement and problem solving. Drew's consulting services take on many forms, depending on the needs of the customer. Drew has over 15 years of experience conducting seminars and private training in

⚬ cGMP (Good Manufacturing Practices)

❀ Research & Development

❁ Patent Development

❖ Do you have a product idea you need help with formulating? Need help or training with cGMP? Call 876-353-6549 or email Drew Green

## Resume

  **Chief Scientific Officer**
MASTER FORMULATOR, PATENT DEVELOPMENT

  **Product Development Officer**
DEVELOPS IDEAS INTO PRODUCTS

  **cGMP Consultant**
HELPS CLIENTS NAVIGATE THE GMP PROTOCOLS

Read More

Drew Green © ʼ… ʼ… …



## Drew Green's Resume

**Chief Scientific Officer**

Drew Green is a master formulator in the health and nutrition fields and creates each Nature's Science product himself. He has patented multiple formulas and offers this service to clients. Drew will help your company develop and protect your intellectual property, a service that other manufacturers and product developers can't provide.

**Brand Development Expert**

Drew has a long history of success with high conversion rates. Increase your customer retention rates, improve and increase your testimonials, compare your competitor's formulas by doing market research and assist in packaging from concept to final product.

**Product Development Expert**

Drew has a history of managing all product development stages including idea generation, product design, product engineering, market research and analysis.

**Director of Capital Investments**

Business acumen: Drew has a working knowledge of the financial, legal, accounting, marketing, QA, QC, FSM, and overall operational needs to grow a company and/or investment.

Do you have a product idea you need help with formulating? Need help or naming with colors? Call 678-353-8548 or email Drew Green

Drew Green ©. 201. All Rights Reserved

## Consulting and Education Services

16 years of experience conducting seminars and private training in

cGMP (Good Manufacturing Practices)
Research and development
Patent development and IP development
Product engineering
Improve systems flow and management
Provide onsite training
Phone Support
Market Research
Brand Management
Revenue Generation
Efficiency Consulting



Drew Green is available to help you establish efficient, cost effective solutions for your business needs.

Do you have a product idea you need help with formulating? Need help or training with cGMP?

Call 678-353-6649 or email Drew Green.

## Services List



**Consulting**
INHOUSE, ONSITE AND PHONE CONSULTING AVAILABLE



**Product Formulation**
FROM CONCEPT TO FINISHED PRODUCT



**Manufacturing Services**
FULL SERVICE CONTRACT INHOUSE MANUFACTURING AVAILABLE



**Packaging Services**
FULL SERVICE INHOUSE PACKAGING SERVICES AVAILABLE



**Private Label**
TURNKEY PRODUCTS READILY AVAILABLE AND IN STOCK



**Raw Materials**
A HUGE RANGE OF RAW MATERIALS AVAILABLE

DrewGreen



Drew Green is a Master Formulator & Product Developer of Dietary Supplements - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

Drew Green is a Master Formulator & Produc...

drewgreen.com

## Drew Green
NATURAL PRODUCT DEVELOPMENT

### SCIENTIFIC EXCELLENCE

### Welcome to DrewGreen.com

Drew Green has developed over 600 different nutraceuticals in the past 16 years. Drew knows how to combine the best of nature and science to achieve drug-like activity in the dietary supplements industry. He can create your product to accomplish the desired effect and help you target your chosen demographic.

Drew has combined his passion for natural medicine with a sharp mind for business to create Nature Science, LLC which researches, develops, validates and manufactures custom formulations on a contract basis. Natures Science, LLC has turnkey products readily available and in stock for your private label.

**Consulting & Education**          **Resume**



**Drew Green's Resume**

**Chief Scientific Officer**

Drew Green is a master formulator in the health and nutrition fields and creates each Nature's Science product himself. He has patented multiple formulas and offers this service to clients. Drew will help your company develop and protect your intellectual property, a service that other manufacturers and product developers can't provide.

**Brand Development Expert**

Drew has a long history of success with high conversion rates. Increase your customer retention rates, improve and increase your testimonials, compare your competitor's formulas by doing market research and assist in packaging from concept to final product.

**Product Development Expert**

Drew has a history of managing all product development stages including idea generation, product design, product engineering, market research and analysis.

**Director of Capital Investments**